Pro Se

FILED
JAN 14 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

No. CIV-s-08-2668 JAM GGH PS

Re: amended Complaint
Request for time

Pro se

Jaysen Turner Jr. Re: Amended Complaint
Jaysen Turner Sr, Julie Turner, Betti Turner and Olivia Turner
OAH_________*2008060365
vs. Eastern District case # 208-cv-2668-JAM-GGH

ACRC, DDS, PAI/DRC, OCRA, PIRS, SCDD /area board 3 Enright and Ochiltree LLP, Teeny Tots Therapy, et al.................................

Dear **Judge Hollows,**

Thank you for the opportunity to amend the complaint, and the family ask that the court allow them more time as the parents have not been able **(1)** to obtain legal counsel for several years now for their minor child Jaysen Jr. The cause is complex in such a way that it would be impossible to dismiss J.T. Jaysen Turner Jr. from the case. We appeal to the court for mercy.

The cause will identify that Jaysen Jr. was born at Mercy Sacramento 12 -11 -94 and transferred by UCD MC per his father's instruction (after birth complications) for emergency observation. UCD Dr. Gospie and UCD staff meets with Mr. turner and explain it as a Miracle (his seizures have stopped!) Later Dr.Gospie met with Mr. Turner (in the hallway at UCD) and seems to strongly agree with Mr. Turner's Diagnosis (Morphine Overdose /Malpractice) and further directs Mr. Turner to quickly obtain Jr.'s medical (birth) records from Mercy Hospital (downtown Sacramento ) location Re:(private practice firm) and then instructed to seek legal counsel! (we could never become represented as the medical files immediately became (checked out by persons unknown until this day) missing, and when the records were finally obtained by Mr. Turner months later, the files were incomplete or illegible. After three years we realized even these records would become subject to legal Malpractice as the first lawyer (on file) was discovered (disbarred) not a lawyer and the file again was lost. We also realized Jaysen Jr. would never walk or talk and he was seriously brain injured. The turner family at this time were then, sent a letter from their newest and (over two years) long time legal counsel (on file) they were not going to represent Jaysen Jr. any longer without a reason or *on what theory*. Again, UCD Doctors and medical professionals have always been and are nothing but wonderful beyond the family's ability to merely explain it otherwise within a non intellectual capacity while all administrative bodies (defendants) involved proudly (with prejudice) refuse to communicate with prominent industry professionals or UCD MC Professors, Dr's, and Therapists at any rate and continue to relentlessly isolate and torture minor child J.T. and plaintiff:

**(currently) Fourteen years later before your honorable Judge Hollows, and the most "competent jurisdiction"** Jaysen has most recently been diagnosed by UCD MC PM&R with "increased spasticity" ("Hypertonicity") further State of contractile disorder is documented (recorded) to have been sustained within the latest 3 years of Jaysen's life as a minor at home, where his father, mother, and two younger sisters care for him instead of Jaysen Jr. being **institutionalized** within some type of known inadequate form **State Development center Program Plan or (IPP).** Jaysen, in the past (at home) has legally resided within an (W&I provisional) ***IPP (Independent Program** Plan) state and federally funded administration known as **DDS, Department of Developmental Disabilities which contracts with various protection and advocacy /Disability basic civil and service rights) organizations and ACRC, Alta Regional Center** (as primary and joint defendants listed on the currently filed complaint) ACRC in turn contracts (Jaysen Jr.'s "disabled condition) with various public, (individualized medical service supports) community based (non profit) (for profit) agencies and individual ACRC partnerships also, specialized medical services -devices also known as DME, Durable Medical Equipment providers and these DME providers in turn directly deal with several **foreign** and domestic disability specific industries and manufacturers of what is known as therapeutic/recreational devices for disabled children (many of which are discovered FDA (regulatory exempt), many are not, However, believed by plaintiffs to reside within ASTM voluntary guidelines and CPSC jurisdiction also currently rendered "Dis-abled". Although the big picture presents itself much more complex than the entire system under DDS/ACRC alone, and this must be made known in due process before the most competent jurisdiction.

Since Jaysen was discovered moderately disabled years ago Re: his mothers medically neglectful administration of (prolonged state of labor) morphine (overdose) it is now also currently believed (documented) that Jaysen's UCD MC diagnosis "Increased spasticity" ("hyper tonicity) from substandard and un provisional ( DDS directed /ACRC contracted client IPP and DME) contractual trade- disability malpractice and arbitrary Administrative neglect to properly identify and monitor (also relevant supportive *intellectual property matters) and report said neglect and precursors to violence initiatives (FromTheHeartTechnologies not for profit/www.tridynamic.com ) Re: W&I 4731 current DDS/ACRC et al. "disabled" road blocked said 4731 class investigation on behalf of Jaysen Jr. and a group or class of ("disabled") children DDS/ACRC "disabled via /"increased spasticity", "in need" of UCD identified **"long term rehabilitation"** and Joint several "liability issues" that would, and have arisen. (Emphasis added) OAH Office of Administration Order #2008060365

**"The complaint is very difficult to decipher but plaintiffs appear to allege that the University California Davis caused harm to their child J.T. .....**

**Please review the attached (Most helpful at this time) U.S. patent application (patent pending) * UCD Medical Prescriptions for said Intellectual property matters, Letters, and endorsements and local KCRA news interview: from professionals at UCD MC PM&R (creative research) and throughout his community, and their combined ongoing pleas for Plaintiff Jaysen Jr.'s Long term rehabilitation from DDS/ACRC servitude and Lanterman Developmental Disability act. Current contractual fraud causing Jaysen Jr. ACRC client current state of diagnosis of "increased disabled condition/Spasticity and adverse reporting of complex contractile disorder and medical condition. see attached UCD reports Re:**

**"Increased Spasticity" ("Hypertonicity") "Jaysen is unable" Jaysen is in need" as currently prescribed by UCD MC PM&R Physical Medicine Rehabilitation and Creative research team. ...."Strongly recommend an adequately fitting Tridynamic"...."long term rehabilitation and a healthy life"......(no emphasis added)**

Dear **Judge Hollows**, Eastern District of California In The United States District Court

As you may be aware: the State of California's Most Prominent UCD Medical Center Sacramento California Professors and Dr's and medical personnel have not only provided the most excellent medical care via prescribed means of "adequately fitting" "long term rehabilitation" prototypically demonstrated at www.tridynamic.com)(and concern) for our son but have neither in word nor deed ever caused harm to our child Jaysen Jr. at any time but rather, more like a legion of angels who have repeatedly provided this protection of Jaysen Turner Jr.'s God given and U.S. constitutional rights to be free from Joint severally liable administrative abuse of power and malpractice, and free from **diagnosed** "increased spasticity" due to (past documented) ineffective and current Administrative retaliations and arbitrary failures to act of DDS ACRC OCRA DRC PAI PIRS Area board 3/Counsel on Developmental disabilities et al. (ACRC Client Disability Act )and ineffective /rendered disabled / neglected *IPP Independent -Program - Plan, in need of UCD long term rehabilitation / ineffective IPP updating is provisional starting under W&I 4512 a-f "Rehabilitation" specialized medical equipment" further medical treatment (UCD Long Term Rehabilitation) however, .....**the Intellectual property (matters rendered disabled) issues may be extremely difficult for any Administration to decipher while the current U.S. Disability epidemic continues to feed said administrations "ability" to render(Jaysen Jr.)Potentially millions of children living subjects, to this joint severally liable servitude to a CA Lanterman developmental disability act entirely unconstitutional and also "unacceptable" according to CA, legislative body Re: W&I California Laws provisional yet "disabled" .**

Our son Jaysen John Ivan Turner Jr. and J.T. as reference in past Administrative proceedings for whom we appeal to the most competent Jurisdiction Re: The Office of Administrative Hearings- OAH

orders # N2007010105-*2008060365-*2008090437 : *2:08-cv-02668-JAM-GGH

DDS ACRC PAI OCRA DRC PIRS Area board 3 /counsel on Developmental Disabilities et al. Have relentlessly taken council against Jaysen John Ivan Turner Jr. and his family delineated (below). due to Immediate (plaintiffs) family's long term adverse medical device (whistle blower) reporting of ineffective contractual trade of "disabled" minor client IPP DME : OAH transcripts identify ACRC administrators and designees testimonies before OAH of "tridynamic" "threat" and Joint several liability issues that have arisen Re: Jaysen Jr. and W&I Welfare and Institutions non provisional DDS /ACRC malpractice misadministration's per adverse IPP DME /specialized Medical care, in need of (long Term) Rehabilitation at this time:

See attached letters.

**(1) the grounds on which the courts jurisdiction rests**

Beginning with the U.S. Constitution 13th and 14th amendments.

Please allow for additional time to properly amend the complaint. Family is struggling to(not as medically prescribed) inappropriate of prescribed method, manually, rehabilitate Jaysen jr. (see letters attached)

Also Re:

**(2) Entitlement**

Minor child (SDS) Self Directed services Orientation/federal waiver to rehabilitate plaintiff Jaysen Jr. from ineffective IPP independent program plan /ACRC IPP/DME service Fraud to: UCD Long term rehabilitation, to obtain ("health") (Life/human activity: human existence or activity in general:

real life

Re: Current plaintiffs "Dis-ability" "increased spasticity": life imprisonment (informal)

Way in which somebody lives: the character or conditions of an individual's existence

....life's, Liberty, and pursuit of happiness and the right to defend it.

**(3) relief**

**The family asks that the court allow more time to delineate the facts within an amended complaint according to the letter of the order.**

| **UCD MC PM&R** | **Phone - FAX** |
|---|---|
| **Professor/Dr. Lawrence Manhart M.D.** | **916-734 -7041 fax 734-6695** |
| **Dr. Thomas Bullen M>D.** | **916-7345846 fax 916-734-7710** |
| **Joseph Ryan, P.T. Physical Therapist,** | **916-734-6700 fax 734-6706** |
| **Patty Waters, O.T. Occupational Therapist** | **916-734-6715 fax 916-703-5275** |
| **Juanita Lyons, RN,PHN, Public Heath Nurse Pediatrics Sacramento County** | **916 -874- 9962 fax 916 -874 2586** |

---

**FromTheHearttechnologies (not for profit)** **Phone- FAX** **916-961-6325**
**www.tridynamic.com**

**NASA - see attached letter**

**Alan Virdee, Perigee Design Inc.**
**(Intellectual property matter)/Tridynamic manufacturer**
**www.perigeedesigninc.com**
**Mechanical engineering** **916-334-2992 fax 334-2995**
**Product design** **Direct line 916-712 -7511**
**Metal fabrication**

**Mike Martinez, Co. Streamline (Orthopedic )** **916-488-1478 fax 916-488 -1807**

**Steve Pereira, Aids for Daily living (IPP-DME)** **916- 624-0900**
**Scott Greenbank (DME specialist)**
**Jaysen Turner Jr's IPP- DME**
**Durable Medical Equipment Provider**

---

***DDS/ACRC contracted MOT, O.T.R. Nick Mariano**
**(adverse reporting of FDA medical device administered as DME Durable Medical (therapeutic) Equipment for Jaysen Turner jr. "disabled" Children.)**

---

**OAH** Order #2008060365 - appealed- Plaintiffs make a formal request to a higher authority requesting a(**writ of mandamus and writ of prohibition** ) change in or confirmation of a decision # 208-cv-2668-JAM-GGH

**The Veen Firm PC**

**(Re: the most recent order** # 208-cv-2668-JAM-GGH
**The family has been (January 7, -14,th 2009) corresponding with Mr. Kevin Lancaster(attorney) on (..“the rule is protective“…) whether or not this firm will represent minor client Jaysen Jr.(pro bono or on contingent basis) and family stipulates representation must be on experience and Intellectual capacity (ability basis) see attached intellectual property matters-U.S. letters patent- Docket 970072 Kevin Lancaster Explains ….I do not have the experience (knowledge) or capacity Re: very complex issues therefore, “you are now asking me to represent you with my own money” and I don’t know the probability of being able to pay my bills with this case so please do not try and explain the case to me …. furthermore I am a Judge…….?**

**Mr. Turner -I think I understand …… so please send back the complete file at this time. Mr. Turner Explains to Mr. Lancaster I am very preoccupied (busy) I have listened, will you also listen? ……“And now also the axe is laid unto the root of the trees: therefore every tree which bringeth not forth good fruit is hewn down, and cast into the fire.” Matthew 3:10 ….. Thank you . (end call)**

**Erin Brokavich, (Masery and Vito LLP)**

**Varma and Clancy Attorneys at law. Et al.(see attached)**

**Again, the rule may have been identified as protective before the most competent jurisdiction however, plaintiff and minor child (J.T.) before the people and state remains (enslaved) unprotected and Arbitrarily, Administratively stripped of his basic civil rights and numerous constitutional rights within a state of servitude to diagnosis ( “increased spasticity”) Adverse medical condition contractile (tending to shrink or tighten)**
**disorder. Based solely on a said arbitrary mis- administrative and or ( Law firm) <u>business</u> decisions, lacking legal merit and on what fundamental basis?**

**_see attached denial of legal representation letters.**

**(patent application for U.S. letters patent- Docket 970072**

**PCT/U.S. 2008/062587**

**FDA/CPSC Adverse Reporting**: letters

Thank you,

Jaysen Turner
Julie Turner in care of Jaysen Jr. Betti & Olivia

PM&R ACC, 4860 Y Street, Sacramento, CA 95817

UCD

**DURABLE MEDICAL EQUIPMENT MI [E1399] (Order #: 27310256) Qty: 1**

**Patient Information**

| Patient Name | MRN | Sex | DOB | Patient Phone |
|---|---|---|---|---|
| Turner, Jaysen | 1249632 | Male | 12/11/1994 | 916-961-6325 |

**Associated Diagnoses**

**Tetraplegic cerebral palsy [343.9]**

**Spasticity [728.85]**

**Referral Associated with Order**

| Referral ID | Date | Referral Status | Decision Date |
|---|---|---|---|
| 942737 | 06/24/2008 | Open | 6/24/08 |

| Referred By | Referral Type | Referral Reason |
|---|---|---|
| MANHART, LAWRENCE | none | none |

| To Location/POS | To Provider | To Specialty |
|---|---|---|
| none | none | none |

| Priority | Visits Requested | Expiration Date |
|---|---|---|
| Routine | 1 | |

**Comments**

Adaptive tricycle

Jaysen is a 13 year-old male with cerebral palsy. He is unable to ride a 2-wheeled bike due to impaired balance and abnormal tone. He has the ability to ride a 3-wheeled bike independently. This tricycle will be used for reducing tone and improving range of motion.

**Priority and Order Details**

| Priority | Class |
|---|---|
| Routine | External Referral |

**Order Information**

| Order Date | Ordering User | Department |
|---|---|---|
| 6/24/2008 | Lawrence J Manhart | Pm&R Peds Clinic Acc |

Electronically Signed By:
Lawrence Manhart, MD

**UC Davis Medical Group**
**PHYSICAL THERAPY**
**4860 Y Street**
**Sacramento, CA 95817**

Updated

October 10, 2008

RE: Jaysen Turner, 12/11/1994
MRN: 1249632

To Whom it May Concern:

Jaysen Turner is a pleasant 13 year old boy with a history of Cerebral Palsey. Jaysen was seen in physical therapy at U.C. Davis Medical Center from 6/10/08 to 9/23/08 to work on stretching, strengthening, patient and family training and equipment evaluation. Since October 2, 2008, Jaysen has participated with the assist of his mother in the Independent Gym Program at U. C. Davis.

In addition to his current therapy program here at U.C. Davis, Jaysen participates in a consistent exercise program at home as well. Jaysen uses his new Cheetah wheelchair to mobilize himself at home and to medical appointments. Jaysen is also able to use his new mobile standing frame to some degree at home to stretch his lower extremities and to allow him to particpate in family activities in the kitchen. Both of these pieces of equipment have allowed Jaysen to continue to work to maximize his function.

In the time I've known Jaysen, I have found him to be a determined and expressive boy who tries to do as much as possible for himself in carrying out his activities of daily living. Given to choice, Jaysen will always work through a problem or a difficult task, rather than having someone help.

At this point, Jaysen has been approved for but has not received a Tri-Dynamic tricycle. This piece of equipment would be beneficial in allowing Jaysen to increase his lower extremity strength and endurance, to decrease his lower extremity hypertonicity and to increase his level of participation in social activities with his family and friends. I have seen a video of Jaysen using this bicycle and he is able to pedal the bike and handle the bike safely and independently. In addition, I have witnessed Jaysen independently pedal the recumbent bicycle here at U.C. Davis once his feet were stabilized in the toe clips. I strongly recommend that Jaysen receive the Tri-Dynamic tricycle. I feel that his bicycle would be an excellent piece of equipment that would allow Jaysen to pursue a more active and healthy lifestyle.

Jaysen has also been approved to receive a new "Sandal" style footplate for his standing frame. Per Alta Regional Center, this has been approved, but to date Nor Cal Mobility, the equipment provider has not received this authorization. I do feel that the "Sandal" style footplate for his standing frame is a medically necessary piece that is required for Jaysen to receive the appropriate benefit from his standing frame.

I would like to encourage all involved to come to a speedy resolution in acquiring both the Tri-Dynamic tricycle and the "Sandal" style footplate for his standing frame. I feel that the sooner he receives these items, the better prognosis for Jaysen's long term rehabilitation and exercise potential.

Please don't hesitate to call me if you have any questions.

Sincerely,

Joseph Ryan P.T.

JOSEPH RYAN, PT, NCS
Phone (916) 734 6709

# PRINCIPLES FOR ADDRESSING AMENDMENTS TO THE LANTERMAN ACT, STATE BUDGET ISSUES OR OTHER LAWS AFFECTING THE RIGHTS OF CALIFORNIANS WITH DEVELOPMENTAL DISABILITIES

**Amended 2/19/00**

1. The Lanterman Act's entitlement to services and supports which foster the developmental potential of the person and are directed toward achievement of the most independent, productive and normal lives possible for persons with developmental disabilities is a fundamental right. Any legislative or budget action that would eliminate or impair this right is unacceptable. Actions which will further the rights shall be supported.

2. Key rights of persons with developmental disabilities in the Lanterman Act are:

   - The right to services and supports in the least restrictive environment and to services and supports which allow individuals to approximate the pattern of everyday living available to people without disabilities of the same age.

   - The right to dignity, privacy and humane care and to be free from harm.

   - The right to participate in the life of their community to interact with people without disabilities and in prompt access to medical care, and

   - The right to make choices in their own lives about both major life decisions and daily activities.

   - Legislative actions that further these rights should be supported while those that impair these rights should be opposed.

3. The Lanterman Act recognizes that persons with developmental disabilities and their families, where appropriate, shall participate in decisions affecting their own lives and have a leadership role in service design. This principle must be preserved.

"Advancing the human and legal rights of persons with disabilities."

FromTheHeartTechnologies

www.tridynamic.com

Info@tridynamic.com

88.1

PM&R ACC, 4860 Y Street, Sacramento, CA 95817

**DURABLE MEDICAL EQUIPMENT MI [E1399] (Order #: 29929654) Qty: 1**

**Patient Information**

| Patient Name | MRN | Sex | DOB | Patient Phone |
|---|---|---|---|---|
| Turner, Jaysen | 1249632 | Male | 12/11/1994 | 916-961-6325 |

**Associated Diagnoses**

**Tetraplegic cerebral palsy [343.9]**

**Spasticity [728.85]**

**Referral Associated with Order**

| Referral ID | Date | Referral Status | Decision Date |
|---|---|---|---|
| 997583 | 09/05/2008 | Open | 9/5/08 |

| Referred By | Referral Type | Referral Reason |
|---|---|---|
| MANHART, LAWRENCE | none | none |

| To Location/POS | To Provider | To Specialty |
|---|---|---|
| none | none | none |

| Priority | Visits Requested | Expiration Date |
|---|---|---|
| Routine | 1 | |

**Comments**

1. Hot water Therapy Unit

Goal: spasticity reduction in this 13-year-old male with cerebral palsy

**Priority and Order Details**

| Priority | Class |
|---|---|
| Routine | External Referral |

**Order Information**

| Order Date | Ordering User | Department |
|---|---|---|
| 9/5/2008 | Lawrence J Manhart | Pm&R Peds Clinic Acc |

Electronically Signed By:
Lawrence Manhart, MD

Other Recommendations:--- DME: 1.) self propelling shower chair with hip and chest straps to provide positioning and keep patient safe in the shower chair. Patient is able to self propel his wheelchair; a shower chair with large rear wheels would allow independent mobility in and out of the roll-in shower.

2.) additions to the current wheelchair: a lap belt for pelvic positioning and safety when using the wheelchair; flip-back armrests to support the upper extremities and move out of the way for self propulsion; side guards to protect the clothing and prevent any rubbing of the lower extremities; swingaway lateral trunk supports to provide proper positioning of the trunk for propulsion and function of the upper extremities; web extension for the seat depth.

3.) bidet- patient is unable to wipe himself after toileting thus making him dependent upon a family member to wipe him. He has used a bidet in the past and was independent with toileting as it cleaned and dried the patient. The bidet would give the patient independence with toileting.

4.) hot water therapy unit to decrease spasticity especially in the lower extremities.

Patient/Caregiver Participation:
Has the plan of care been explained to the patient/caregiver? yes
Is the patient able to understand the plan of care: yes
Does the patient/caregiver(s) agree with the plan of care: yes

Barriers to Learning:
Are there barriers to learning? no
Motivated to learn? yes
Best learning method: verbal and visual

Thank you for this referral. If you have any additional questions or comments regarding this Occupational Therapy Evaluation, please call me at 734-6716

Patti Watters OTR/L ATP
06308
Date: 6/24/2008

Procedure Notes
All Flowsheet Templates (all recorded)
** None **

Instructions and Follow-Up
Patient instructions
None

Problem List
Problem List as of 06/24/2008

DELETED: CEREBRAL PALSY NOS[343.9] 1/2/2005
ASTHMA UNSPECIFIED[493.90] 5/2/2007
Comment : Mild intermittant
ABNORMALITY OF GAIT[781.2]

## Office Visit

Jaysen Turner (MRN 1249632)

Selected Appointment

06/24/2008 9:00 AM PATRICIA WATTERS, OT Pm&R Occupational Therapy Acc

Reason for Visit

Cerebral Palsy

Diagnoses

Tetraplegic cerebral palsy [343.9] - Primary

Visit Summary

Pain Information

No pain information on file

Progress Notes

PATRICIA WATTERS, OT Tue Jun 24, 2008 1:24 PM Pended

PEDIATRIC OCCUPATIONAL THERAPY EVALUATION

Time In: 0900 Time Out: 1000 Total Evaluation Time: 60 minutes

Pre Pain: 0/10
Post Pain: 0/10

TYPE OF SERVICE: Occupational Therapy
Primary/Treatment Diagnosis and ICD9 CODE: Cerebral Palsy 343.9

PROGNOSIS: Good
Referring Dr: Dr. Manhart
Precautions: Fall risk

SUBJECTIVE EVALUATION:

Chief Complaint: DME needs
History of present problem: 13 year old male with tetraplegic CP referred to OT for DME assessment.
Diagnostic Tests and results: N/A

Other current Medication list reviewed: yes
Medical History Reviewed: yes
Social History:

- Lives with mother, father and sisters ages 9 yrs. And 11 yrs.
- Attends school at: home school, will be in 7th grade in the fall
- Alta Client yes
- CCS Client no
- Receives OT: no
- Receives ST: no

Developmental history: Delayed milestones

Current Level of function: Uses manual wheelchair to move around; he has a mobile stander he is learning to use.

Mentation/Behavior:
attends to voice
follows simple commands
A + O x3

ROM: impaired both knees, elbows

MOTOR: WFL - within functional limits; left upper extremity is stronger than right upper extremity

| | Right | Left |
|---|---|---|
| Shoulder | 4-/5 | 4+/5 |
| Elbow | 4-/5 | 4+/5 |
| Wrist | 2+/5 | 4+/5 |
| Hand | 3/5 | 4+/5 |

TONE: Hypertonic throughout all four extremities

MOBILITY: patient is wheelchair bound

Activities of Daily Living:
Feeding-independent with set up
Bathing-moderate assistance
Dressing-independent except shoes and socks
Grooming-independent with assist every other day
Hygiene-minimal assistance; is dependent for wiping after toileting

Assessment: 13 year old male with Cerebral Palsy requiring assist with activities of daily living. He has a new wheelchair that he is able to self propel. However, there are parts missing that need to be provided by National Seating and Mobility. See recommendations below.

Therapy Potential: Good

Treatment Interventions: Other: DME

Problem List: patient is in need of Duable Medical Equipment

Goals: Recommend appropriate DME

Goals discussed and agreed upon yes

Plan of Care: Occupational Therapy Frequency: 1x only Duration: 1x only
Other: DME recommendations

**UC Davis Medical Group**
**UNIVERSITY PEDIATRIC ASSOCIATES**
**2521 Stockton Blvd Glassrock Bldg**
**Sacramento, CA**
**916-734-5846**

March 14, 2008

Sandra McDaniel-Webb
UFCW Trust Fund/Apeals
PO Box 8087
Walnut Creek, CA 94596-8087

RE: Jaysen Turner Cheetah Wheelchair

Ms McDaniel-Webb,

Jaysen Turner is Patient of mine and I am writing you on his behalf at his mother's request. Jaysen has Spastic Quadraplegia but is able to maneuver a manual wheelchair. He has maitained relative good health and mobility through his parents, and his determination to maximize his mobility and independent function. His parents are strong advocates of his and have researched the above wheelchair, which would be helpful to maintain his mobility and continue to work is upper body, as well as allowing him to be independently mobile.

Please consider these factors when revieweng your denial of his wheelchair request.

Sincerely,

THOMAS A BULLEN, M.D.

Lawrence Manhart, MD
2520 Stockton Blvd.
Sacramento, CA 95820

January 8, 2009

Re: Jaysen Turner, DOB 12.11.94

Dear Dr. Manhart,

I am the Public Health Nurse assigned to work with Jaysen's family for Sacramento County In Home Supportive Services. As such, it is my role to assure that he is receiving the medical care, meds, and therapies that are recommended by his doctors.

You may remember that you recommended a therapeutic tricycle, and your Physical Therapist recommended specifically the Tridynamic as seen in the video of Jaysen. You may not be aware that his use of that equipment has still not been made possible. The same is true for his recommended use of hydrotherapy. I don't know how strongly you feel about these services, but in my experience they certainly help with quality of life and future health status.

I have met Jaysen and his parents. His home environment is wonderfully conducive to giving him the best extensions of his abilities, but he still is unable to range as far as the Tridynamic allowed. Jaysen's parents have provided exercise equipment and he now has a Stand Assist, wheelchair and bathchair that fit properly. I have seen him transfer into his wheelchair almost totally unassisted. He maneuvers well in the Stand Assist and uses his legs well in the exercise equipment. During our visit, his spasticity was calm, without jerkiness. However, I am concerned that he is still not receiving the therapy recommended by you and your PT. It seems that would help him to be even more independent as he becomes a teenager and then into adulthood.

Would you please assist me by sharing your thoughts on this case? I can be reached by email at HYPERLINK "mailto:lyonsj@saccounty.net" lyonsj@saccounty.net or by phone and regular mail as printed on the enclosed business card. There is a health information release in your files for Sacramento County IHSS.

Thank you for your time in this case.

Respectfully,

Juanita Lyons, RN, PHN

SACRAMENTO COUNTY DEPARTMENT OF
In-Home Supportive Services

Senior & Adult Services
Bert Bettis, Division Manager

Elizabeth Foster-Ward, Program Manager

Jim Hunt
Director

Telephone: (916) 874-9471
Fax: (916) 874-9682

(916) 874-9962
FAX (916) 874-2586
E-MAIL: lyonsj@saccounty.net

JUANITA LYONS, RN, PHN
PUBLIC HEALTH NURSE
IHSS PEDIATRIC SERVICES

COUNTY OF SACRAMENTO
DEPT. OF HEALTH & HUMAN SVCS.
SACRAMENTO, CALIFORNIA

4875 BROADWAY
SACRAMENTO, CA 95820
MAIL CODE: 13-149A

National Aeronautics and Space Administration

**Headquarters**
Washington, DC 20546-0001



Reply to Attn of:      Public Affairs                          August 20, 2007

Jaysen and Julie Turner
5149 Rabeneck Way
Fair Oaks, CA 95628



Dear Mr. and Ms. Turner:

Thank you for your letter of August 6, 2007 pertaining to developmentally disabled children.
This project is a worthwhile one, and NASA applauds your efforts and wishes you every
success. In accordance with allowable fund raising policies, NASA is limited to official fund
raising and sponsorship in support of the Combined Federal Campaign and the NASA Family
Assistance Fund.

NASA appreciates the opportunity to provide citizens with information regarding its missions,
activities, and programs. Please visit www.nasa.gov to learn about the exciting work NASA
is doing. Again, thank you for your interest in America's space program.

Thank you for your interest in America's space program.

Sincerely,


Public Communications and Inquiries Management Office
Office of Public Affairs



To whom it may concern.

Firstly, I would like to point out that there are no applicable standards that apply to this type of device. The following commentary is a response to the **proposed** adoption of the **360 degree Product Testing** Quote.

Test Plans, in the context being discussed here: absolutely require both Test Methods and an Acceptance Criteria. The test methods determine what will exactly be done, how it will be measured and/or analyzed, the estimated errors involved are and the exact construction and use of test apparatus. The values measured during the test are then evaluated by comparison to the Acceptance Criteria. If the criteria are met the test result is "pass", if it is not the result is "fail". The result is not 100lf-lbs or 120 degrees, or 10ft - it is Pass or Fail.

Far from being a test plan, this document contains neither Test Methods nor Acceptance criteria. If the result is 100lbs so what? Is that a Pass or Fail? This document seems to be attempting to do basic science work. Combined with real world experiences with the device, this would be used to construct a test plan, to specifically determine the pass – fail criteria. Also, this basic science work would have to be done on many units, from different manufacturing lots and by many manufacturers who would agree on appropriate Acceptance Criteria and specify Test methods and apparatus.

Despite this, each free form science projects discussed below.

The Fatigue Performance is usually measured in many thousands of cycles, such as 100,000 or a million cycles; this is done with actuators that exert fully reversing loads on specimens, would they then attempt to drop a load on the frame 100,000 times? This is obviously not very well thought out.

Loaded how much, how will yielding be evaluated?

Braking is conventionally evaluated in terms of stopping distance. Efficiency is evaluated how? Apparently they intend to see how hot the brakes get, this would be relevant on a downhill racing bike, but children have now where near the energy output to meaningfully heat up brake components. Neither do adults, it takes gravity and large hills.

Stability. The center of gravity is known form the CAD model, why would three directions be evaluated? Will it be subjected to a tornado? Why would end to end be tested, only direction that needs to be evaluated is the overturning part of the design to make sure the device is stabile. 3 directions is what you would do for an airplane.

Vibration can be analyzed through the CAD model: Vibration is measured to ensure that the natural frequencies of the driving forces are not the same as the natural frequency of the structure. It is well known that these types of vibrations are much higher in frequency than that of the natural frequencies of this type of structure making this test completely unnecessary. Measuring vibration over Rough surfaces is unnecessary because that's not part of the allowable operation.

6727 32nd Street. Unit A North Highlands, CA 95660 Ph: 916-712-7511 Fax: 916-334-2995

This would be possibly applicable for products manufactured in Mexico or China (third world countries) and even then source inspection to insure the proper paints are used is a more modern practice. It is definitely not applicable to domestically produced products because dangerous paints are not available here in the USA (or the EU. or Australia etc.)

Bicycle chain systems have been in wide use and are known to be very efficient, therefore the purpose of this test is unclear. Perhaps we should test the wheels to see if round wheels really roll and how efficiently, and to see if they heat up?

The claims of the patent have nothing to do with safety testing and are completely subjective.

Since its clear there is not a Test Plan (Test Methods or Acceptance Criteria) in existence, until the time that one is adopted by the industry, the Tri-dynamic will be produced in keeping with good engineering and manufacturing practices backed up by $ 1,000,000.00 worth of liability coverage on anything we make. The Advanced CAD and FEA systems we use to develop solid models that are analyzed are proprietary as are our test methods, as are every manufacturers.

Please feel free to call if there are any questions.

Best Regards,

AlanVirdee
President Perigee Design Inc.

6727 32nd Street. Unit A North Highlands. CA 95660 Ph: 916-712-7511 Fax: 916-334-2995

# Perigee Design incorporated

**WHAT Does Perigee Design Inc. Do?**
Perigee Design Incorporated (PDI) is a small organization specializing in contract engineering services, robust mechanical designs and quality metal fabrication.

**WHAT is our Capability?**
To quickly provide engineering manpower, robust designs, . coupled with quality machine shop services.

**WHY a Robust Design?**
At Perigee we realize that most problems with performance, manufacturability, reliability, and serviceability can be traced back to the original design.

Contact by email:
avirdee@perdes.com

**ENGINEERING SERVICES**

- ISO Product Design
- Machine Design
- General Component Design
- Design Review Support
- Engineering Test, Inspection and Manufacturing equipment design
- Process and Design Documentation
- Warranty Considerations
- Quality and Reliability Engineering
- Manufacturing Engineering and Vendor Liaison

**FABRICATION SERVICES**

- General machine shop
- Welding
- Sheet Metal

© 2000-2006 Perigee Design Incorporated



**Streamline Orthopedic**
**1848 Fulton Avenue**
**Sacramento, CA 95825**
(916) 488-1478   Fax (916) 488-1807



Seeing Jaysen on the "Tridynamic" is nothing short of a miracle! Jaysen is physically challenged with CP. His is a severe type, affecting his ability to walk due to uncontrolled adverse body movements. Having spent years bracing Jaysen to prevent these adverse movements, it is astonishing to see him maneuver the Tridynamic with such athletic grace.

Our bodies truly are "our temples".
The benefits of the cardiovascular workout alone for Jaysen are crucial and too numerous to mention here. Having an outlet to finetune his motorskills and master the "Tridynamic" in an athletic capacity affects so many areas of his well being. I have no doubt that Jaysen's passion for life has been positively effected by the "Tridynamic". The "Tridynamic" is a great equalizer in life for Jaysen.

Mike Martinez, CO



Print - Close Window

**Date:** Thu, 8 Jun 2006 18:51:32 -0700 (PDT)

**From:** "JAYSEN J TURNER" <jaysen.turner1722@sbcglobal.net>

**Subject:** more facts.......thank you

**To:**

Mr. Turner,

I have reviewed the video and see where the anti-tip device is effective in sustaining balance and avoiding falling back. I appreciate your passion, and heard your frustration regarding your dealings with Freedom. I will cut to the chase and indicate that ADL, Inc. has no aspirations in either partnering, participating or sponsoring in a venture associated with a manufacturered product. Our mission is in 'providing' service and products, not manufacturing. Taking a product from idea to design to mass production is an expensive and arduous task. This is not to dissuade your mission, it is merely to indicate that ADL, Inc. has a focus, and very distinct goals - and those do not include providing venture capital. I wish you the very best of luck, and hope that my company has an opportunity one day to provide your design to our clients.

Sincerely,

Steve Pereira, Owner
Aids for Daily Living, Inc.

# ALTA CALIFORNIA REGIONAL CENTER

## REQUEST FOR SERVICES AND SUPPORTS

| Consumer's Last Name | First | Middle | Date of Birth | UCI # |
|---|---|---|---|---|
| TURNER | JAYSEN | | 12/11/94 | 6495687 |

☒ New Service ☐ Replaces Same Service

(Submit cancellation for prior vendor)

| Vendor Name and Address (Service) | Type of Service | Date(s) /Units | Cost |
|---|---|---|---|
| A DL | Freedom Concepts | 3-5-02 | 2730.75 |
| | trike | 3-31-02 | |
| | DCP 16WG with accessories | | |

Vendor # ________ (Some vendors have multiple services. If so, please indicate the number for the particular service you are purchasing)

Family/Consumer contribution? ☐ Yes ☒ No family unable to contribute

**Comments:** (If the purchase is an exception to the Guidelines, an explanation is required here. You may also explain any unusual aspects of the purchase in this space.)

Rifton tricycle purchased by ACRC 11/98. 2/02 Nick Mariano and ADL evaluated as Rifton trike is not safe for Jaysen It tips over. Denials were included with the Rifton trike (which was assessed by Loreen Fong and approved.) In essence the Rifton is being exchanged and returned to ACRC for Freedom trike - not a medi-cal benefit Not funded by CCS - not funded by private insurance

**Consumer Director's/initials:** [signature]

R.N. 030502 PAF DATE INITIAL (Consultation stamp or initial)

To the best of my knowledge, the above statements are true.

**Service Coordinator's Signature:** [signature] **Date:** 3-5-02

**Supervisor Signature:** [signature] **Date:** 3/6/02

attached OT recommendation m. Mariano

**DO NOT WRITE IN THIS SECTION FOR DATA ENTRY ONLY**

**Vendor #:** H63859 **Service Code:** 725 **Auth #:** 02175606

**Sub Code:** ________ **Auth D Amt: $** ________ **(Gross)**

**Source of funds:** ________ **Amount:** ________

ENTD MAR 07 2002

ACRC #5
Rev. 11/01

**Aids for Daily Living, Inc.**
**8303 Sierra College Blvd. * Suite #126 * Roseville CA 95661**
**(916) 771-3500 * Fax (916) 771-3505**

February 21, 2002

Re: Jaysen Turner
5149 Rabeneck Way
Fair Oaks, CA 95628

SEE what is TBF?

Dear Dorothy: (ACRC service coordinator)

FD - FDA ACRC CPSC

As you are aware, the family is very concerned about Jaysen riding the Rifton Tricycle which was provided to the family some time ago. Jaysen is able to propel the tricycle at speeds that make the tricycle unsafe because it tips over.

On January 8, 2002, we completed an assessment with Jaysen regarding a three-wheeled therapeutic mobility device. The sample product utilized for our assessment was the Sammons Preston TMX. During this assessment, Jaysen was able to propel the TMX effectively but due to the TMX's insufficient braking system and narrow wheelbase, Jaysen was still able to tip the tricycle over.

Our next assessment was completed on Tuesday 12, 2002 with Barbel Wheeler, OTR. This assessment was scheduled to allow Jaysen an opportunity to try a more advanced mobility device, with positioning adaptations more appropriate for Jaysen's specific needs. The Freedom Concepts "Discovery" tricycle is a significantly more appropriate therapy and is designed with a wider wheelbase for safety. Standard options include: height and depth seat adjustments, high back support and interior support, spring loaded steering to enable the individual from over-correcting in a turn, dual rear disc brakes and front brakes for safety, push handles and brakes located at the rear for assistant control, fully adjustable handlebars and brake levers, and custom footrests which will be outfitted with BodyPoint ankle huggers for Jaysen's specific needs.

During this second assessment, we noted many advantages that the "Discovery" mobility device offered Jaysen's particular needs. Jaysen was able to propel and maneuver the device easier than the other products thus increasing his ability to control the tricycle while allowing for safety. The "Discovery" also allows ADL the opportunity to specifically customize how the bike is constructed to meet Jaysen's individual needs. The "Discovery" would allow for needed modifications such as, a high back seat for proper support, adjustable footplates allowing for growth, attendant controls located at the rear of the Trike with brakes, and spring loaded steering.



In conclusion, I feel strongly that the "Discovery" will allow Jaysen the needed support and safety to aggressively improve his capabilities and allow him to be more involved with out-of-door activities. The other two tricycles greatly limited his ability and provided unsafe conditions.

I have also included a picture showing Jaysen riding the "Discovery" after several adjustments were made in order to correctly position him for safety and support.

If you have any questions or comments concerning this letter, please do not hesitate to contact me at (916) 771-3500.

Sincerely,

Scott Greenbank
Aids for Daily Living, Inc.

*Serving individuals with developmental disabilities* 2135 Bu Drive, Sacramento, CA 95825, Tel 916.978.6400

ALTA CALIFORNIA
REGIONAL CENTER

Home visit re: Jaysen Turner

A home visit was made on February 12, 2002 to observe Jaysen on a Freedom Concepts Trike. The family had an adaptive tricycle made by Rifton but it was becoming too small and too unsafe for Jaysen. Because of the Rifton bikes turning radius and spastic movements made by Jaysen the Rifton tricycle would frequently tip over and the family stopped using it. Although all tricycles can tip over the Freedom Concepts Trike was demonstrated to be much more difficult to tip. In addition, the Freedom bike provided for a more preferred riding style than the previous Rifton tricycle.

Jaysen appeared to enjoy riding on the tricycle while his family ran next to him. A tricycle would be beneficial to Jaysen in developing both lower extremity strength and for participating in reciprocal movements.

Thank you,

Nick Mariano, MOT, OTR

MAIL Classic

Print - Close Window

**Subject:** FW: Masry vititoe Final a Profesional Law firms response to S.O.S.

**Date:** Fri, 26 Oct 2007 18:13:55 -0700

**From:** "Patty Weiss" <Weiss@MasryVititoe.com>

**To:** JAYSEN.TURNER1722@SBCGLOBAL.NET

**Dear Mr. Turner,**

**Erin Brockovich is traveling internationally at this time and she asked me to get her message to you regarding your Oct. 24, 2007 email.**

**Ms. Brockovich is very impressed with your work. Unfortunately, our work load is full and we cannot support more cases and/or excellent causes at this time.**

**Ms. Brockovich congratulates you on all your fine work and please feel free to keep us updated.**

**Best Regards,**
**Patty**

**Patty Weiss**
**Assistant to Erin Brockovich**



VARMA & CLANCY
Attorneys at Law

5217 Orchid Ranch Way
Elk Grove, California 95757

Bob N. Varma

tel 916.687.3703
fax 916.687.3706

July 26, 2007

Jaysen & Julie Turner
5149 Rabeneck Way
Fair Oaks, CA 95628

Re: Representation of Jaysen Jr.
Return of Documents

Dear Mr. & Mrs. Turner:

Thank you for allowing my office to review your case. Taking on an agency such as a regional center can be a complicated and daunting task and an attorney can be instrumental in achieving a positive outcome. Unfortunately, I cannot accept representation of Jaysen Jr. and your family in your claims against Alta California Regional Center. I have some complicated cases that require additional attention and I do not have the ability to take on Jaysen's case. In declining your case, I am not making any statements regarding the strengths or weaknesses of your claims. I encourage you to continue to seek legal representation.

I have reviewed the materials regarding the tridynamic tricycle. I was very impressed by the equipment and can see the benefits it brings to children with disabilities. You have invented a very useful item and I am hopeful that someday it will be used widely in assisting the disabled population. I wish you continued success in the further development and promotion of the tricycle.

Thank you for your attention to this matter.

Sincerely,

Bob N. Varma



PAI
Protection &
Advocacy Inc.

**ADMINISTRATION**
100 Howe Avenue, Suite 185N
Sacramento, CA 95825
Tel: (916) 488-9955
TTY: (800) 719-5798
Toll Free: (800)776-5746
Fax: (916) 488-2635
www.pai-ca.org

Soon to be Disability Rights California

July 10, 2008

Jaysen and Julie Turner
c/o Jaysen Turner, Jr.
5149 Rabeneck Way
Fair Oaks, CA 95628

Sent Via Fax 916-961-6325

Re: Grievance Filed July 2, 2008, on Behalf of Jaysen Turner, Jr.

Dear Mr. and Mrs. Turner:

Thank you for contacting me about your concerns with OCRA. Jeanne Molineaux provided me with a copy of the grievance that you filed regarding the Office of Clients' Rights Advocacy's inability to represent Jaysen Jr. at the hearing regarding durable medical equipment that you filed on Jaysen's behalf against Alta California Regional Center on July 18, 2008. As you know Ms. Molineaux offered to represent Jaysen at an informal negotiation with Alta Regional Center to obtain a mobile standing frame, bidet and self propel shower chair and hot water therapy unit. Due to OCRA's limited resources Ms. Molineaux is unable to represent you at the administrative hearing.

Because Ms. Molineaux was willing to represent Jaysen at an informal negotiation with Alta California Regional Center, she sent you a limited scope representation agreement. You returned this representation agreement to Ms. Molineaux with many strike-outs on July 2, 2008, along with an Office of Administrative Hearing notice of hearing against Alta CA Regional Center, to be held on July 18, 2008. Ms. Molineaux notified you on July 2, 2008, that OCRA does not have the resources to represent you at hearing. Ms. Molineaux told me that she had attempted to discuss the matter with you on July 2.

It also appears that you are again grieving OCRA's refusal to represent you in getting a tricycle for Jaysen. Please be advised that OCRA is not able to assist in

this matter. Following your exhaustion of PAI's internal grievance procedure, the matter was previously referred to DDS at your request. Because you previously filed a grievance about OCRA's refusal to represent Jaysen in matters related to a tricycle and your grievance was denied, we will not be further reviewing this matter. DDS issued a final decision on this matter on July 2, 2008.

Regrettably, our organization is not able to take on every issue worthy of advocacy on behalf of people with disabilities. This is not to minimize the importance of this issue or downplay the importance of your concern but rather simply reflects the fact that we do not have the resources to intervene on every issue.

If you decide to continue with the July 18 hearing, please be certain to provide to the regional center a list of potential witnesses, the general subject of the testimony of each witness, and copies of all potential documentary evidence at least five calendar days prior to the hearing. The regional center must do the same for you. This is required by the Lanterman Act, W& I 4712(d).

I understand that Ms. Molineaux has advised you to give to the regional center a copy of the Occupational Therapy report from UC Davis Health system as soon as possible and attempt to negotiation the regional center's purchase of the durable medical equipment. Then the hearing would not be necessary on that issue.

Thank you again for taking the time to bring this matter to my attention. If you disagree with my decision, you may appeal to PAI's Board Executive Committee by requesting a review orally or in writing to Cathy Harton, Executive Assistant, 100 Howe Avenue, Suite 185N, Sacramento, CA 95825 or by telephone at 916/488-9955 (you may call collect). A form for that purpose is enclosed.

I wish you the best in this matter.

Sincerely yours,

Catherine Blakemore
Executive Director

Enc.

Cc: Kathleen Ozeroff, Contract Manager
    Jeanne Molineaux, Director, OCRA

LOUISE J. KATZ

ATTORNEY AT LAW
ELEVEN HUNDRED ALMA
SUITE 209
MENLO PARK, CALIFORNIA 94025
TELEPHONE (650) 326-0771
FACSIMILE (650) 326-0910

September 25, 2008

Jason Turner
5149 Rabeneck Way
Fair Oak, CA 95628

Re: Regional Center Issues

Dear Mr. Turner,

This shall memorialize our telephone conference of today's date. During our conference I advised you that I cannot represent you or your son regarding the matters you outlined including but not limited to your son's regional center services, appeal of any aspect of your administrative law hearing and decision, malpractice claims, class action litigation, intellectual property issues, negligence claims, and/or personal injury. This means that I shall not be taking any action to preserve your rights, or that of your son, with regard to any of these issues in any state or federal legal venue.

Thank you, however, for the inquiry and I wish you success in your efforts to obtain the redress you seek.

Sincerely,

Louise Katz

DREYER, BABICH, BUCCOLA & CALLAHAM, LLP
ATTORNEYS AT LAW

Roger A. Dreyer*
Joseph J. Babich*
Robert A. Buccola*
William C. Callaham*
Craig C. Sheffer
Stephen F. Davids
John W. Jefferson
Christopher W. Wood
Hank G. Greenblatt*
Steven M. Campora

*Certified Specialist in Civil Trial Advocacy by the National Board of Trial Advocacy

20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599
Website: www.dbbc.com

Fresno Office: (559) 268-4175
Auburn Office: (530) 889-1800

Stanley P. Fleshman
Eliot M. Reiner
Joseph R. Yates
Robert B. Bale
Jonathan R. Hayes
Catia G. Saraiva
Eunice C. Majam
Stacey L. Roberts
Daniel R. Del Rio
Randee M. Sandlin
Craig J. Rolfe
Jason J. Sigel

September 19, 2008

Jaysen Turner
5149 Rabeneck Way
Fair Oaks, CA 95628

*Re: Your Potential Claim on Behalf of Your Son*

Dear Mr. Turner:

This letter serves to confirm the phone message left for you on September 1, 2008 by my law clerk, as well as her conversation with you this morning, that my office will be unable to represent you in conjunction with any claims on behalf of your son.

Please do not take my rejection of your case as an indication that your case lacks merit. Rather, it was a decision on the part of my office that it is not economically feasible for us to represent you.

**Please be advised that California Law requires that legal action be commenced within certain time limits, or the right to sue is lost.** If the date on which any legal time limit has passed or passes before required legal action is taken, you will lose your right to sue for compensation. Some claims filing limitations periods are as short as six months from the date of the injury-causing event. Such time limits usually apply to public entities such as the state, cities, counties, county health facilities, schools, police departments, hospital districts, etc. Many statutes of limitation are as short as one year from the date of the injury-causing event. Thus, it is very important that you contact another attorney at once. Some statutes are longer. The statute of limitation depends upon the type of defendant and the type of wrong you will be suing to recover upon. **So get counsel's advice on this as soon as possible.**

Very Truly Yours,

**DREYER, BABICH, BUCCOLA & CALLAHAM, LLP**

By
JOHN W. JEFFERSON

JWJ:kgb

{00293512.DOC; 1}

MCKINLEY & SMITH A PROFESSIONAL CORPORATION

8880 CAL CENTER DRIVE, SUITE 250 • SACRAMENTO, CA 95826-3266 • (916) 363-1333 • FAX: (916) 363-1133

September 22, 2008

Jaysen & Julie Turner
5149 Rabeneck Way
Fair Oaks, CA 95628

Re: Potential Legal Representation

Dear Mr. Turner:

Thank you for contacting our office concerning a potential legal matter. Based on the information related to us, we will not be undertaking your representation.

Our decision in this regard is a business decision. It is not meant to reflect on the merits of your case and is not intended to discourage you from further action.

Please be advised that California law requires that legal actions be commenced within certain time limits or the right to sue is, or may be, lost. If the date on which any legal time limit has passed or passes before required legal action is taken, you will forever lose your right to sue for compensation in this case. Thus, it is very important that you contact another attorney at once.

Some limitation periods are as short as six months from the date of the injury-causing event. Such time limits usually apply to public entities such as the State, cities, counties, schools, police departments, fire departments, county hospitals, libraries, etc. Many statutes of limitation are as short as one year from the date of the injury-causing event.

We will not be representing you or protecting your legal interest in this matter or taking any action on your behalf. Therefore, we advise you to seek other legal representation immediately in order that your interests be protected. We appreciate your confidence in our firm and thank you for having taken the time to discuss the matter with us.

Very truly yours,

McKINLEY & SMITH
A Professional Corporation

By: ______________________
TIMOTHY M. SMITH



CBM
CARROLL, BURDICK
& McDONOUGH LLP

September 25, 2008

James W. Henderson, Jr.
Direct Dial: 916.551.3320
jhenderson@cbmlaw.com

1007 7th Street
Suite 200
Sacramento, CA
95814-3409

916.446.5297
916.446.4487 Fax
www.cbmlaw.com

San Francisco
Walnut Creek
Los Angeles

Jaysen Turner, Sr.
5149 Rabeneck Way
Fair Oaks, CA 95828

**Re: Representation**

Dear Mr. Turner:

On September 19, 2008 you contacted our office regarding potential representation of your son in a matter involving the Alta California Regional Center, and I spoke with you on September 24, 2008 regarding that matter. We would like to thank you for your call. However, as I advised you in our phone conversation, we have concluded that it is not feasible for this law firm to represent you or your son.

You should be aware that there are strict time limitations within which you must act in order to protect you and your son's rights in the matter involving the Alta California Regional Center. These time limits are complex and vary for different types of legal actions. In that we did not fully examine your case, we are not advising as to what those time lines may be.

Although indicating to you that we would not be able to handle the matter, I did give you the names of other attorneys who might be able to provide you assistance in this matter. These included the following: Margaret Broussard, (916) 722-2370; Matthew Wright, (209) 473-3419; Richard Ruderman, (916) 563-0100; Roberta Savage, (530) 753-4497 and Louise Katz, (650) 326-0771. You may want to contact one of these individuals or another attorney as soon as possible.

This letter is not intended to be an opinion concerning the merits of the matter. We are not expressing an opinion as to whether you should take further action in this matter. We are merely indicating that we are unable to represent you. We do wish you good luck in pursuing this matter with other counsel.

Sincerely,

CARROLL, BURDICK & McDONOUGH LLP

James W. Henderson, Jr.

JWH:aj



MITCHELL & WALWYN
ATTORNEYS AND COUNSELORS AT LAW
110 NORTH THIRD STREET, SUITE 2
SAN JOSE, CALIFORNIA 95112
TELEPHONE: (408) 298-4242
FACSIMILE: (408) 298-3742
E-MAIL: MITCHELLWALWYN@COVAD.NET

STEPHEN J. WALWYN

GARY B. MITCHELL

September 29, 2008

Jaysen Turner
5149 Rabeneck Way
Fairoaks, CA 95628

Dear Mr. Turner:

I have looked at the website and discussed your concerns with my partner. We have decided that this is **not** a matter that we would be interested in pursuing on your behalf.

This should not be taken as a decision on the merits of any claim you may have, but rather our decision not to become involved. You should be aware of the fact that California law provides a statutory scheme that provides, among other things, for a limitation period within which claims must be filed. This can become complex, particularly if a governmental agency is involved, and as such I would suggest you contact other counsel immediately so that any action contemplated can be taken in a timely fashion.

I am sorry we cannot be of service to you, but I would like to thank you for allowing us to review this matter for you.

Very truly yours,

Gary B. Mitchell

GBM:jg

Current Folder: **INBOX** **Sign Out**

Compose Addresses Folders Options Search Help SquirrelMail

Message List | Delete Previous | Next Forward | Forward as Attachment | Reply | Reply All

**Subject:** Admin: Tridynamic
**From:** "Debra" <djsaum@verizon.net>
**Date:** Tue, September 25, 2007 10:29 pm
**To:** info@tridynamic.com
**Priority:** Normal
**Options:** View Full Header | View Printable Version | Download this as a file

This is an enquiry e-mail via http://www.tridynamic.com from:
Debra <djsaum@verizon.net>

Our daughter has CP as well, spastic diplegia. I can't tell you how much I could relate to your stories of Jason's spills off his trike. Our daughter has taken countless spills, yes, with feet attached...and each time she went down, I just prayed nothing was broken....so traumatic.
We were just going to place an order for the big Rifton (wrangler) only because our daughter desperately wants to ride and this seemed like the only option...until I came upon your website. You made my night!!! How far away are you from commercial production?? Is it possible to see a model? I am so, so, so very appreciative of this product. I plan to share it with the therapists at UCP. I look forward to hearing from you and please tell your son he looks great on his bike!!



18 #

Condition: **Used**

**This is a very special tricycle for a special child. My autistic daughter did very well with this until she tipped over once and then she would never ride it again. It is over 5 years old but it is in LIKE NEW condition because we always kept it inside.**

- **I am going to give as much information as I can and I will answer any questions you have. It is important that you research this tricycle and know EXACTLY what it is and is NOT. It is not for riding on trails or rough ground. It has only one gear, when the rider stops peddling the bike stops, therefor it will only go as fast as can be peddled. There is a hand brake but not much need for it. This is NOT for large adults. It is for a child with special needs to enhance a child's strength, self-esteem and FUN!**
- **If you go to adaptivemall.com you can see that this is an $1,100.00 tricycle. I have a starting price of $300 for that reason, 70% of new is $770 so I made that my buy it now price. I will personally box and mail the bike through the US postal service at no charge in the United States.**
- **The TMX is a pediatric adaptive tricycle designed for children with special needs. The TMX is a dual-axle foot**





18#

home | pay | register | sign in | site map

Start new search

Buy | Sell | My eBay | Community | Help

Advanced :

Back to list of items

Listed in category: Sporting Goods > Cycling > Kids Bikes, Seats & Trailers > Bikes

# TMX special needs tricycle, bike, handicapped

Item number: 320052990689

**Bidder or seller of this item?** Sign in for your status

**Watch this item** in My eBay | Email to a friend

View larger picture

Current bid: **US $300.00** Place Bid >

No payments for up to 6 months ?

End time: **Nov-29-06 15:32:53 PST** (3 days 1

Shipping costs: **FREE**

US Postal Service First Class Mail®
Service to United States

Ships to: United States

Item location: Kansas City, MO, United States

History: 1 bid

High bidder: shirey8557 ( 59 ★ )

You can also: Watch this item

Get alerts via Text message, IM or

Sell one like this

**Listing and payment details:** Show

## Description

*Item Specifics - Item Condition*

http://cgi.ebay.com/TMX-special-needs-tricycle-bike-handicapped_W0QQitemZ3200529... 11/25/2006

#19

BrainTalk Communities
Online Patient Support Groups for Neurology

[ Public Library of Science | Dictionary & Thesaurus | Medical Dictionary | PubMed | Drug Info ]

**Mesothelioma Symptoms** - Verified site provides information on lung cancer treatment options www.Mesothelioma-Lung-Cancer.org/

Ads by Google Advertis

BrainTalk Communities > Specific Neurological Conditions (A - L) > Child Neurology

**Rifton Rustler Tricycles**

User Name | User Name | Remember Me?
Password | Log in

Join Date: Oct 2006
Posts: 142

jenna
Distinguished Member

**Rifton Rustler Tricycles**

Tips over?

Hi, everyone:

Does anyone here has used the Rifton Rustler Tricycle like this one?

http://www.rightstart.com/index.as...ROD&ProdID=563

Jake has a tricycle his PT adapted for him, but it is not safe for him to ride it by himself. The bike tilts to the side as when he pedals, he used uneven body weight I guess. Once he fell with the bike with his feet strapped in the pedels and seat belt on his waist. So when he rides, I have to have my hands on the bike at all times to prevent it from falling to either side. It is kills my back as a result, we haven't been riding at all.

I don't know if this one would tilt also? anyone has any first hand experience with the bike?

Thanks a million.

---

*Jenna* - Mom to , 4 years old, dandy walker variant, CP, global developmental delay, but the hardest working 4 year old I know.

Start new search

Buy | Sell | My eBay | Community | Help

Hello, 916jaysen! | You have

> > > > Tricycle

All Categories Search

Search in titles and descriptions

**Related Misc N-Z Tags:**

# Tricycle

| | Item Title | PayPal | Bids | Price |
|---|---|---|---|---|
| No Photo | | | - | $0.01 |

**eBay Links:**

**Buying Guides:**

**Related Searches:**

A tricycle is a three-wheeled vehicle and is often abbreviated to 'trike'. There are two basic designs to the tricycle; design has two wheels at the back that are used to drive the vehicle and one wheel in the front for steering. The c is the tadpole with two steering wheels and one driving wheel at the back. It is not unconventional for trikes to hav rear wheels of different sizes.

The term tricycle originated from Greek with 'tri' (treia), meaning three, and 'kyklos', meaning a circle or wheel. Tri known to be around since 1828, wherein three-wheeled horse-drawn carriages were used. Ever since then, tricyc evolved with different types of designs with new propulsion systems such as pedals, steam, and internal combust

Tricycles are very popular amongst kids who have not yet learned to ride a bicycle. Tricycles are less common an adults. Tricycles are low and heavy enough so that they do not topple over, however their centre of gravity is relat relatively high and the tricycle could tip-over if the rider is not careful on corners. Tricycles with the tadpole design are more stab braking and they tend to slide instead of roll over; whereas the delta must go almost straight when the front brake hard to avoid overturning. Recumbent trikes are preferred for long distance traveling. Motorized tricycles are also popular. They are similar to motorcycles and are also a type of tricycle. The earliest tricycles were steam powerec amongst some of the earliest automobiles. The design style of the motorized tricycle is similar to that of the regula



# Equipment

## Therapeutic

Ben's Q-Chord Explained

g-tube see Daily Care

## Positioning and Seating Equipment

## Trip Trap Chair

## Getting Around - Mobility

Therapeutic Tricycle

**My son also managed to tip over a rifton trike** (and given this was just a quick "let's see if this will work" he wasn't wearing a helmet!) (I know, stupid parents!). I ended up getting him a Trailmate trike, (http://www.trailmate.com/joyrider.asp) I feel it has several advantages to standard therapy trikes: it's not as expensive, has brakes, low center of gravity (no tipping!), user doesn't have to step over anything to get onto trike, bucket seat holds child securely. You might want to give them a look, it worked for us (2 kids, both with cystic fibrosis, oldest also with cerebral palsy). I've upgraded it to the 3 speed hub with coaster brakes (in addition to the standard front caliper brakes) and he really zips around. Barrett

Return to It Works for Us!

return to Opitz G/BBB Family Network homepage



3-2-1 lift off! Astronauts, space dog, alien, moon buggy! Lift Off Rocket has
it all — a voice that calls out the countdown sequence just like a real
space machine is home away from home for the astronauts,
with a separate cockpit, living quarters, and cargo hold. So press the button,
light up the boosters, and blast off! 2 AA batteries included.
Ages 1½–4 yrs • #G02232 • $40
Ring the bell, and the magic begins! Fairyland Playhouse is perfect for your pixie's first pretend play. This adorable mushroom house opens into a home with flower table and bed for 3 little fairy friends and their pet snail. Fold it up for storage or take-along play. 2 AA batteries included.
Ages 1½–4 yrs • #G02215 • $30
I'play
MAGNET
ANIMAL HABITATS
Who belongs on the farm? Who goes on safari? Who's in the sea? Magnetic Animal Habitats Set has kids learning as they play. Great for travel or a quiet time at home, magnetic wood board, 3 scenic habitat cards, and 26 magnetic wooden play pieces all come packed in a handy vinyl tote.
Ages 3–6 yrs
#3540 • $20
Main Stream product
Put your tot in the seat of the world's safest 3-wheeler! Kettrike Navigator is the first push-bar tricycle with true rear-wheel drive. Simply engage front Parental Control Steering Lock to activate system and gain full control from the push bar. Slide the lock off, remove the push bar, and the child can now pedal and steer. Precision-made in Germany, the Kettrike Navigator features a Quick-Adjust steel frame with limited-turn radius and Safety-Trax wheels, and is backed by a 3-year warranty.
Ages 1–5 yrs • #8838590 • $169
Why?
KETTLER
2
5
6
4
Unlatch and unlock to discover this colorful house is really a zoo! A super fine-motor skill builder, challenges children to open 6 windows and doors that are fastened with 6 different and very real latches and locks. Kids will have fun recognizing and counting the animals under each.
Ages 3–5 yrs #3785 $25
Grandparents! Come share your photos

# AMTRYKE® THERAPEUTIC TRICYCLE WAIVER

**PURPOSE** The AmTryke® therapeutic tricycle was designed for children with disabilities. The hands, feet, or both power the tricycle. It allows freedom to travel, builds self-esteem, strengthens muscles, and improves motor coordination and range of motion while making exercise fun.

**Wish List** **To be eligible for the National Wish List all three forms must be received by the Resource Center. The three forms are the Request Form, Assessment Form, and Liability Waiver. Once these forms are received, the child's name is placed on the list and will remain there until the funds are raised to purchase the AmTryke® therapeutic tricycle for the child. This may take some time, please be patient.**

Initially, the child may have difficulty turning or changing directions. Encourage the child to go straight ahead, back up and slowly turn around.

***STEERING OPTIONS*** *There are three steering options for the AmTryke® therapeutic tricycle. The tricycle comes out of* the shipping boxes in the locked forward position. This is for shipping safety and also allows time for a new rider to build strength and control. On the front column of the tricycle you will find a steering pin with a large instruction tag attached. Read and follow the instructions to change the steering to twenty degree turning radius or free motion.

***CAUTION***

***Fast speeds and sharp turns can cause the AmTryke® therapeutic tricycle to tip or turn over! Always wear helmet when riding AmTryke® therapeutic tricycle with adult supervision!***

AMBUCS™ members nationwide are dedicated to creating opportunities for mobility and independence for people with disabilities by performing community service, providing AmTryke® therapeutic tricycles to children with disabilities, and providing scholarships for therapists.

*The information contained in this service is not intended nor implied by National AMBUCS™, Inc. to be professional medical advice by National AMBUCS™, Inc.. Always seek the advice of your physician, therapist or other qualified healthcare provider prior to starting any treatment or with any question you may have regarding a medical condition. Nothing contained in this service is intended by National AMBUCS™, Inc. to be for medical diagnosis or treatment by National AMBUCS™, Inc., or on behalf of National AMBUCS™, Inc.*

*In no event shall National AMBUCS™, Inc., be liable for any direct, indirect, incidental, consequential, special, exemplary, punitive, or any other monetary or other damages, personal injury or property damages, fees, fines, costs, attorney fees or liabilities of any kind, arising out of or relating in any way to this service or use of the AmTryke® therapeutic tricycle, and/or content or information provided herein.*

**Child's Name:** ______________________ **Phone:** ________________

**Address:** ______________________________________________

**City/State/Zip:** ________________________________________

**Print Legal Guardian Name:** ______________________________

**Legal Guardian Signature:** ______________________ **Date:** __________

**Request form, assessment form, and liability waiver are required for tryke Placement**

**AMBUCS™ Resource Center**
PO Box 5127 High Point, NC 27262
888-AMTRYKE Fax: (336) 852-6830
http://www.ambucs.org
ambucs@ambucs.org

Pg 1/3

sent 12/6/06 547AM
2/27/06 405pm

To: Alta Regional

[redacted] et

Fax: 489-1857

From: Jaysen & Julie Turner
C/o Jaysen Turner Jr.

[redacted]

Number of Pages:
1

**We have been denied a meeting per our telephone (11/20/06) conversations pertaining to discriminations which lead to canceled services. Mr. Bonnet stated when directly asked to meet in order to become educated within documented [redacted] involving the safety and well being of our son as a qualified consumer "" NO" I will not have a meeting with you."**

**Then blatantly expressed Discriminations when going on to say "you don't have any highly educational [redacted]**

**After this Mr. Bonnet remained unresponsive to the questions/ issues so easily deducted per bureaucratic positions. He then stated "I THINK I'LL PASS!**

**We are now trying to understand if you willing to address the situation by appointing a clients rights officer per our request, in order to seek justice under the law starting at mediation. If declined we are requesting a [redacted] There we will layout on display the blatant discriminatory treatments which were/are displayed by Alta regional California according to documented facts.**

**Please note: although we are in order( see clients rights to be free from foreseen injury / harm within services provided by any regional center) to seek an injunction according to necessity as to regulate the sales and deliveries of dangerous/ faulty/ medical stimulus apparatus / chain driven tricycles for children 0-13 with spastic high tone disorders but not limited to, we are calling for a complete follow up investigation as to recall every last hurtful consumer product to be [redacted] with proper locking steering mechanisms and easily readable disclosures according to safe operations when used as a viable independent recreational [redacted]s. (High center gravity chain driven adaptive [redacted]n question.)**

Manufacturer and User Facility Device Experience (MAUDE) Database Search

Page 1 of 2

U.S. Food and Drug Administration
Department of Health and Human Services
CENTER FOR DEVICES AND RADIOLOGICAL HEALTH

FDA Home Page | CDRH Home Page | Search | CDRH A-Z Index | Contact CDRH

CDRH
SuperSearch

510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA
CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

## Adverse Event Report

**FREEDOM CONCEPT INC. TRICYCLE**

back to search results

**Patient Outcome** Required Intervention;

**Event Description**

In the 1990's, us govt. Started paying for this special adaptive tricycle for children with disabilities. This tricycle had quality issues. The mfr is not regulated. Nobody is expressing their concern on the end user. Us gov't needs to place some sanctions on these mfrs. My son tipped over while riding this tricycle. I reported it to the mfr and it was replaced. My son tipped over again on the second tricycle. I find out from a lot of parents with children of disability and they complain about the same problem. Fda needs to investigate.

**Search Alerts/Recalls**

new search | submit an adverse event report

| | |
|---|---|
| **Brand Name** | TRICYCLE |
| **Baseline Device 510(K) Number** | |
| **Baseline Device PMA Number** | |
| **Manufacturer *(Section D)*** | FREEDOM CONCEPT INC.<br>*<br>CANADA |
| **Device Event Key** | 774851 |

http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/Detail.CFM?MDRFOI ID=787086

| | |
|---|---|
| **MDR Report Key** | 787086 |
| **Event Key** | 751092 |
| **Report Number** | MW1041146 |
| **Device Sequence Number** | 1 |
| **Product Code** | ION |
| **Report Source** | Voluntary |
| **Report Date** | 11/22/2006 |
| ***1* Device Was Involved in the Event** | |
| ***1* Patient Was Involved in the Event** | |
| **Date FDA Received** | 11/22/2006 |
| **Is This An Adverse Event Report?** | No |
| **Is This A Product Problem Report?** | Yes |
| **Device Operator** | Lay User/Patient |
| **Was Device Available For Evaluation?** | Yes |
| **Is the Device an Implant?** | No |
| **Is this an Explanted Device?** | |

Database last updated on December 31, 2008

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH



FDA > CDRH > Product Classification Database Search

Page 1 of 2

FDA U.S. Food and Drug Administration
Department of Health and Human Services
CENTER FOR DEVICES AND RADIOLOGICAL HEALTH
FDA Home Page | CDRH Home Page | Search | A-Z Index
Questions?

CDRH
SuperSearch

510(k) | Registration & Listing | Adverse Events | PMA | Classification | CLIA
CFR Title 21 | Advisory Committees | Assembler | Recalls | Guidance | Standards

New Search    Back To Search Results

## Product Classification Database

| | |
|---|---|
| **Device** | Exerciser, Non-Measuring |
| **Regulation Description** | Nonmeasuring exercise equipment. |
| **Regulation Medical Specialty** | Physical Medicine |
| **Review Panel** | Physical Medicine |
| **Product Code** | ION |
| **Submission Type** | 510(k) Exempt |
| **Regulation Number** | 890.5370 |
| **Device Class** | 1 |
| **GMP Exempt?** | Yes |

**Note:** This device is also exempted from the GMP regulation, except for general requirements concerning records (820.180) and complaint files (820.198), as long as the device is not labeled or otherwise represented as sterile.

**Note:** FDA has exempted almost all class I devices (with the exception of Reserved Devices) from the premarket notification requirement, including those devices that were exempted by final

http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfPCD/classification.cfm?ID=4340 1/13/2009

FDA > CDRH > Product Classification Database Search

Page 2 of 2

regulation published in the *Federal Registers* of December 7, 1994, and January 16, 1996. It is important to confirm the exempt status and any limitations that apply with 21 CFR Parts 862-892. Limitations of device exemptions are covered under 21 CFR xxx.9, where xxx refers to Parts 862-892.

If a manufacturer's device falls into a generic category of exempted class I devices as defined in 21 CFR Parts 862-892, a premarket notification application and FDA clearance is not required before marketing the device in the U.S. However, these manufacturers are required to register their establishment. Please see the Registration and Listing website for additional information.

| **Third Party Review** | Not Third Party Eligible |
|---|---|

Database Updated 01/06/2009

CDRH Home Page | CDRH A-Z Index | Contact CDRH | Accessibility | Disclaimer
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | HHS Home Page

Center for Devices and Radiological Health / CDRH

http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfPCD/classification.cfm?ID=4340

1/13/2009

at&t MAIL Classic

**Intellectual Property Matters *Status Update***

Friday, November 21, 2008 1:17 PM

From: "David M. Lang" <webpatentlawyer@gmail.com>
To: "JAYSEN J TURNER" <jaysen.turner1722@sbcglobal.net>
Cc: "David M. Lang" <webpatentlawyer@gmail.com>
Turner PCT Search.pdf (459KB), Turner, PCT, Written Opinion.pdf (476KB)

Dear Mr. & Mrs. Turner:

We have received a search report and written opinion from the Korean Intellectual Property Office (KIPO) regarding patentability of your invention.

I have attached the report for your review.

The Korean Patent Office found the invention as stated in the claims novel, having utility (industrial applicability) and not obvious (having an "inventive step").

What is the purpose of the KIPO search? When the time comes to enter the national phase in a given country, that country will consider KIPO's opinion, but will likely do their own search as well.
So, while this is a positive step, it is possible and likely that the USPTO (and countries) may arrive at a different conclusion (which we will address when we receive the USPTO's first office action).

As always, if you have any questions or concerns, please do not hesitate to contact me.

Very truly yours,

David M. Lang

Law Offices of David M. Lang – Registered Patent Attorney
3051 Daggett Drive

Granite Bay, CA 95746
916-317-4375
1-800-928-6782 (fax)

http://www.webpatentlawyer.com

This electronic message contains information from The Law Offices of David M. Lang, which may be confidential, privileged or otherwise protected from disclosure. The information is intended to be used solely by the recipient(s) named. If you are not an intended recipient, be aware that any review, disclosure, copying, distribution or use of this transmission or its contents is prohibited. If you have received this transmission in error, please notify us immediately at (916) 419-1287 or at the reply email address. For more information about The Law Offices of David M. Lang, please go to http://www.webpatentlawyer.com

PATENT COOPERATION TREATY

# PCT

## INTERNATIONAL SEARCH REPORT

**(PCT Article 18 and Rules 43 and 44)**

| Applicant's or agent's file reference JT74882 | FOR FURTHER ACTION | see Form PCT/ISA/220 as well as, where applicable, item 5 below. |
|---|---|---|
| International application No. **PCT/US2008/062587** | International filing date *(day/month/year)* 03 MAY 2008 (03.05.2008) | (Earliest) Priority Date *(day/month/year)* 04 MAY 2007 (04.05.2007) |
| Applicant **TURNER, Jaysen John Ivan** | | |

This International search report has been prepared by this International Searching Authority and is transmitted to the applicant according to Article 18. A copy is being transmitted to the International Bureau.

This international search report consists of a total of 3 sheets.

☐ It is also accompanied by a copy of each prior art document cited in this report.

1. **Basis of the report**
   a. With regard to the **language**, the *international search* was carried out on the basis of :
      ☒ the international application in the language in which it was filed
      ☐ a translation of the international application into ____________, which is the language of a translation furnished for the purposes of international search (Rules 12.3(a) and 23.1(b))
   b. ☐ This international search report has been established taking into account the **rectification of an obvious mistake** authorized by or notified to this Authority under Rule 91 (Rule 43.6*bis*(a)).
   c. ☐ With regard to any **nucleotide and/or amino acid sequence** disclosed in the international application, see Box No. I.
2. ☐ **Certain claims were found unsearchable** (See Box No. II)
3. ☐ **Unity of invention is lacking** (See Box No. III)
4. With regard to the **title**,
   ☒ the text is approved as submitted by the applicant.
   ☐ the text has been established by this Authority to read as follows:
5. With regard to the **abstract**,
   ☒ the text is approved as submitted by the applicant.
   ☐ the text has been established, according to Rule 38.2, by this Authority as it appears in Box No. IV. The applicant may, within one month from the date of mailing of this international search report, submit comments to this Authority.
6. With regard to the drawings,
   a. the figure of the **drawings** to be published with the abstract is Figure No. 1
      ☒ as suggested by the applicant.
      ☐ because the applicant failed to suggest a figure.
      ☐ because this figure better characterizes the *invention*.
   b. ☐ none of the figure is to be published with the abstract.

# INTERNATIONAL SEARCH REPORT

International application No.
**PCT/US2008/062587**

**A. CLASSIFICATION OF SUBJECT MATTER**

*B62K 5/02(2006.01)i, B62J 13/00(2006.01)i*

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)
IPC 8: B62K 5, B62J 13

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched
Korean utility models and applications for utility models since 1975
Japanese utility models and applications for utility models since 1975

Electronic data base consulted during the international search (name of data base and, where practicable, search terms used)
eKIPASS (KIPO internal) & keywords: tricycle, wheelie, lever and similar terms

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| A | US 5765871 A (DENNIS WYMAN et al.) 16 June 1998<br>See column 2, line 22 - column 3, line5 and figures 1-2. | 1-14 |
| A | JP 60-176875 A (HONDA CO., LTD.) 10 September 1985<br>See claim 1 and figure 1. | 5, 6 |
| A | JP 10-071979 A (OGK GIKEN CO., LTD.) 17 March 1998<br>See claim 1 and figure 1. | 9 |

☐ Further documents are listed in the continuation of Box C. ☒ See patent family annex.

* Special categories of cited documents:
"A" document defining the general state of the art which is not considered to be of particular relevance
"E" earlier application or patent but published on or after the international filing date
"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of citation or other special reason (as specified)
"O" document referring to an oral disclosure, use, exhibition or other means
"P" document published prior to the international filing date but later than the priority date claimed
"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention
"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone
"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art
"&" document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 27 OCTOBER 2008 (27.10.2008) | **28 OCTOBER 2008 (28.10.2008)** |

Name and mailing address of the ISA/KR

Korean Intellectual Property Office
Government Complex-Daejeon, 139 Seonsa-ro, Seo-gu, Daejeon 302-701, Republic of Korea
Facsimile No. 82-42-472-7140

Authorized officer

KIM, Kwang Oh

Telephone No. 82-42-481-5470

Form PCT/ISA/210 (second sheet) (July 2008)

**INTERNATIONAL SEARCH REPORT**

Information on patent family members

International application No.

**PCT/US2008/062587**

| Patent document cited in search report | Publication date | Patent family member(s) | Publication date |
|---|---|---|---|
| US 5765871 A | 16.06.1998 | None | |
| JP 60-176875 A | 10.09.1985 | None | |
| JP 10-071979 A | 17.03.1998 | None | |

Form PCT/ISA/210 (patent family annex) (July 2008)

Docket No.: 970072
Express Mail No.: EO933690930US

# APPLICATION

# FOR

# UNITED STATES LETTERS PATENT

TITLE: SPECIAL NEEDS ADAPTIVE TRICYCLE

APPLICANT: JAYSEN JOHN IVAN TURNER

**CERTIFICATE OF MAILING BY EXPRESS MAIL**
I hereby certify that this Utility Patent Application Transmittal and the documents referred to as attached therein are being deposited with the U.S. Postal Service on this 4th day, May 2007 in an envelope as "Express Mail Post Office to Addressee," Mailing Label No. EO933690930US addressed to Commissioner for Patents, P.O. Box 1450 Alexandria, VA 22313-1450.

David M. Lang

Docket No.: 970072
Express Mail No.: EO933690930

**Abstract**

An apparatus adapted for use as a therapeutic tricycle; said apparatus including in part, a specialized lever system permitting optimal rider center of mass positioning; an optional steering lock out system; an embodiment prescribing optimized apparatus dimensions based upon rider weight to enhance apparatus stability; an improved chain management system; an improved wheelie bar system; a shock absorbing system; the combination permitting enhanced apparatus stability and ability to perform a varied array of maneuvers providing exercise, therapeutic, and recreational advantages which particularly benefit disabled children. A method of exercising tendons and/or heel cords using a specialized adaptive tricycle.

Docket No.: 970072
Express Mail No.: EO933690930US

# SPECIAL NEEDS ADAPTIVE TRICYCLE

## CROSS-REFERENCE TO RELATED APPLICATIONS

[0001] This application claims the benefit under 35 U.S.C. §119(e), to U.S. Provisional Application US60/805336, filed June 20, 2006, entitled "TRIDYNAMICS" which is incorporated by reference into this application as if fully set forth herein.

## FIELD OF THE INVENTION

[0002] The present invention relates to human powered vehicles generally and therapeutic multi-wheeled vehicles more specifically.

## BACKGROUND

[0003] Multi-wheel vehicles, including tricycles, are well known in the prior art. Tricycles are known to have a specific application and use for disabled individuals. For many, a properly functioning tricycle serves as a primary means of locomotion and makes possible goals and objectives otherwise beyond reach.

[0004] Prior art tricycles, when utilized in a therapeutic capacity, are known to have deficiencies. The most concerning deficiency is the tendency for the apparatus to tip when the rider turns. Falls from such a tricycle are always problematic, however, they are particularly devastating when sustained by individuals with specific preexisting motor impairments that may limit or prevent self protective actions during a fall.

## SUMMARY

[0005] The present invention relates to a multi-wheel human powered tricycle which has superior, stimulus, therapeutic, conditioning, and health and safety benefits when compared to prior art devices. In specific, one aspect of the invention is to provide a multi-wheel tricycle vehicle with a wheelie bar, preferably suspension mounted, capable of keeping tricycle pitch within a defined limit. Another aspect of the invention provides a steering lock-out system which maintains the pivotable rotation of the front

wheel within certain predefined ranges. The present invention further provides a dynamic stabilization system comprised, in part, of a dual wishbone lever system, coupled to a tricycle frame, which provides enhanced stability and, more particularly, dynamic stability during turns. Another important aspect of the present invention is the optimization of the rider's position relative to the center of mass of the rider and rider/apparatus combination or ballast/apparatus combination. Another important aspect of the present invention is a shock-absorbing scheme that prevents falls and permits a more refined apparatus use. Another aspect of the present invention is an optimized positioning of the wheelbase, a wheelie bar, and seating surface for a particular range of rider weights. An additional aspect of the invention is an improved chain management system, providing, in part, a tubular shielding system for the lower aspect of a chain utilized in a standard bicycle/tricycle drivetrain. Another advantage of the present invention will be to provide a user physical stimulus and exercise generally, and more specifically promote exercise of the lower extremities and stretching of heel cords. It is believed that use of this apparatus can deliver may health benefits, including stimulation of a patient's heel cords, which may avert contractures associated with conditions such as cerebral palsy, and the like, and the need for an unpleasant and possibly harmful heel cord tendon release procedure. The combination of the structural features permits the user to perform multiple maneuvers with the apparatus including but not limited to: rapid cornering and turning, enhanced apparatus speeds, evasive maneuvering, responsive front end pitching, forward and backward wheelies, *rotational wheelies through a 360 range*, multiple revolution wheelies including 540, 720 degree spins, and high velocity wheelie spins. This results in enhanced motivation, self-satisfaction, and quality of life imparted to a disabled user able to perform impressive physical maneuvers.

**[0006]** It is intended that any other advantages and objects of the present invention that become apparent or obvious from the detailed description or illustrations contained herein are within the scope of the present invention.

Docket No.: 970072
Express Mail No.: EO933690930US

## BRIEF DESCRIPTION OF THE DRAWINGS

**[0007]** FIG. 1 is a side elevation view of the apparatus.

**[0008]** FIG. 2 is top view of the apparatus.

**[0009]** FIG. 3 is an exploded perspective view of an embodiment steering lock-out system.

**[0010]** FIG. 4 is a side elevation view of an embodiment chain management system.

**[0011]** FIG. 5 is a top view of an embodiment lever system.

**[0012]** FIG. 6 is an exploded perspective view of an embodiment skid plate.

**[0013]** FIG. 7 is an exploded perspective view of the shock absorbing system.

## DETAILED DESCRIPTION OF CERTAIN ASPECTS OF THE PREFERRED AND ALTERNATIVE EMBODIMENTS

**[0014]** Referring now descriptively to the drawings, the attached figures illustrate example embodiments of the present invention. FIG. 1 depicts an example embodiment specialty needs tricycle. The tricycle generally **5** has a rigid main frame **10**. Mounted to, or incorporated as a part of frame **10**, is a fork tube **15** through which passes a steering means, such as a standard stem-headset articulation (not shown), rendering fork **20** and front wheel **25** pivotably controlled by and coupled to a steering means such as handlebars **30** through use of the stem-headset articulation. Preferably, fork **20** contains a set of shock absorbers.

Docket No.: 970072
Express Mail No.: EO933690930US

**[0015]** A front wheel **25**, is coupled by screw, fastener, or quick release tire securing means, to fork **20**. In a preferred embodiment, handlebars **30** are rotatably coupled to the topmost portion of fork **20** through stem-headset articulation, such that handlebars **30** may be rotated forward and backward relative to the front and back of the tricycle **5**, thus permitting additional space for a user to mount/dismount the apparatus. In one embodiment, seat **35** is mounted to frame **10** through a front seating post **40** and rear seating post **45**.

**[0016]** In one embodiment, an optional steering lockout system **50**, is mounted on the underside of frame **10** in close proximity to fork **20**. The system, now illustrated by FIG. 3, comprises a mounting bracket **55** affixed to frame **10**, two rubberized limiters **60** affixed to mounting bracket **50**, and a pin **65** insertable through a fork aperture **67** in the centermost and proximal aspect of fork **20**. Mounting bracket **55** is an integrally formed rigid bracket having a portion of which mounted to said frame and a portion disposed substantially perpendicularly, wherein said perpendicular portion has a centermost aperture **70** and two lateral apertures **75**. A removable pin **65** is insertable through said centermost aperture **70** in mounting bracket **55** and then through fork aperture **67**. A pair of rubberized limiters **60**, having a rubberized portion **62** and a threadable bolt portion **64**, extending substantially perpendicular from the end of said rubberized portion **62**, wherein said bolt portion **64** of limiters are capable of being inserted through lateral apertures **75** of mounting bracket **55** and screwably attached thereto using at least one washer and a nut.

**[0017]** The system has two example modes of operation. In the first mode of operation, pin **65** is inserted through mounting bracket **55**, and thereafter through the suitably sized aperture in the centermost and proximal aspect of fork **20**, then fork aperture **67** thereby rendering fork **20** pivotable through a range of approximately 4 degrees. In a second mode of operation, pin **65** is removed, two rubberized limiters **60** make contact with either side of fork **20**, and halt further pivoting, if the user attempts to pivot the wheel beyond a total pivotable range of approximately 44 degrees.

Docket No.: 970072
Express Mail No.: EO933690930US

**[0018]** It should be noted that steering lockout system **50** is not required for apparatus dynamic stability or stability in general. The system will merely confine the piviotable range of handlebar/fork/wheel arrangement within a defined range where desired. For example, when the tricycle is used in a competitive athletic capacity (e.g. race or training on a standard track), or riding on a defined trail, steering lockout system **50** can be set to keep the apparatus moving in a relatively straight forward direction. Alternatively, the system can be set to approximate the track's turn in a given lane (e.g. 22 degree turn). In this way, steering lockout system **50** can facilitate exercise and stimulus and permit the rider to concentrate on lower extremity conditioning without the need to continually divert attention to apparatus direction in an effort to prevent sudden apparatus tipping.

**[0019]** A pedal powered drive train means **80** is coupled to frame **10**. For example, a conventional power transmitting crank assembly, illustrated by FIG. 1 comprises at least a crankshaft housing **85**, sprocket wheel **90**, crank arms **95**, pedals **100**, a chain **105**, and a rear sprocket **110** (FIG. 6). In a preferred embodiment, a modified set of pedals **100** have a means to prevent slippage, including straps, ties, fasteners, and the like, including, in one embodiment, a widened foot rest with VELCRO fasteners. A freely rotatable rear axle **120** passes through frame **10**, and thereafter to a pair of rear wheels **125**. A rear sprocket **110** is fixedly mounted on rear axle **120** and is driven by chain **105** and powered through pedal rotation of sprocket wheel **90**. In a preferred embodiment, a gear ratio of 1.4:1 is utilized, although an alternative gear ratio could be used. Additionally, in an alternative embodiment, a plurality of gears using external or internal gearing (i.e. derailleur or internal hub gearing) may be used. A drum brake may be mounted on rear axle **120** that may be cable actuated by a hand lever, the lever placed in a location accessible to the rider, such as handlebars **30**.

**[0020]** In one embodiment, a chain management system **125**, an embodiment of which illustrated by FIG. **4**, is comprised of an upper chain guard **130** and a lower chain

tube **135** comprised of any rigid material, preferably PVC plastic. The upper chain guard **130** shields the upper aspect of chain **105** from the user. Lower chain tube **135** is comprised of an elongated tubular member which is affixed to frame **10** or upper chainguard **130,** by bracket **137** and extends substantially the length of the lower aspect of chain **105**, beginning just after sprocket wheel **90** and terminating just before rear sprocket **110**. Chain **105**, after leaving sprocket wheel **90**, passes through lower chain tube **135** whereby the lower aspect of the chain is shielded from contact with the user. As chain **105** leaves rear sprocket **110**, the upper aspect of chain **105** is shielded by upper chain guard **130** mounted to frame **10**. Lower chain tube **135** is further assistive in preventing chain derailment attributable to a relatively high-energy transfer resulting in chain distortion. Lower chain tube **135** also serves to minimize user contact with the chain which could cause frictional injury from the chain, or more commonly, soiling of skin or clothing with grease, dirt, and debris from the chain. Further, the limited friction between chain **105** and innermost aspect of lower chain tube **135** results in a pleasing soft motoring or tailpipe sound.

**[0021]** Turning now to FIG. 2, a dual wishbone lever system **140**, an embodiment is mounted just rearward of rear axle **120** in a horizontal plane relative to the ground and perpendicular to the long axis of the frame. In a preferred embodiment, lever system **140** has a forward bend **145** after which the lever branches into a pair of forwardmost handles **150** and a pair of lateral handles **155**. In one embodiment, a relatively triangular projection of frame **10** terminates in plateau **160**, and, in this embodiment, lever system **140** is coupled to plateau **160** by an affixing means. In one embodiment, lever system **140** is flexibly affixed by a means permitting upward and downward movement of lever system **140** relative to the ground when upward or downward manual pressure is exerted on a forwardmost handle **150** or a lateral handle **155**. In one specific example, the affixing means is a plurality of C-clamps. In another example embodiment, lever system **140** is itself flexible in and rigidly fixed in a suitable location on frame **10**, where downward or upward movement of the system is possible. It is possible to practice the

Docket No.: 970072
Express Mail No.: EO933690930US

invention utilizing a variety of handle types, direction, and orientation without departing from the spirit and scope of the invention.

**[0022]** FIG. 5 illustrates a top view of an embodiment of lever system **140**. In one specific non-limiting example, the distance between the two forwardmost handles **150** is 19 inches at geometric center of the handle's terminal aspect, and the distance between the two lateral handles **155** is 26.5 inches at the geometric center of the handle's terminal aspect. Lever system **140** is optimally positioned approximately 1.5 inches inwardly from the hub of rear wheels **125** on each side.

**[0023]** Turning now to the wishbone lever system **140** in an example mode of operation demonstrating the dynamic stabilization process using lateral handles **155**, when the rider wishes to make a right turn and thus pivots the front wheel rightwardly, a right lateral handle **155** may be pushed downwardly. This displaces the rider's center of mass rightwardly thus resulting in a more stable and precise turn that is executed with rider less effort. During a right turn, when a right lateral handle **155** is pulled upwardly, the rider center of mass shifts in the opposite direction resulting in a slower turn. During a left turn, when a right lateral handle **155** is pulled upwardly, the rider/apparatus center of mass is displaced leftwardly, thus resulting in a more stable and precise turn that is also executed with less rider effort. Generally, when the rider turns left or right, the rider will push downwardly on the handle corresponding to the direction of the turn, to stabilize the rider's center of mass relative to the apparatus.

**[0024]** Regarding the pair of forwardmost handles **150**, as an example, when a user wishes to make a right turn, a right forwardmost handle **150** may be pushed downwardly, displacing the rider center of mass rightwardly and frontally thus resulting in a more stable turn that is also executed with rider less effort. During a right turn, when a right forwardmost handle **150** is pulled upwardly, the rider center of mass is displaced leftwardly and backwardly resulting in a slower turn and is assistive in increasing the pitch of the apparatus to raise the front wheel and perform wheelies, particularly while

turning. During a left turn, when the right forwardmost handle is pulled upwardly, the rider center of mass is displaced leftwardly, and backwardly thus resulting in a slower turn and is assistive in increasing the pitch of the apparatus to raise the front wheel and perform wheelies, particularly while turning.

**[0025]** An improved wheelie bar system **165** is illustrated that includes, at least two suspension bars **170** affixed to seat **35**. Suspension bars **170** extend from seat **35** to terminate, by a securing means, to a wheelie bar **175**; in one specific embodiment, the securing means is a plurality of clamps, however, may be by welding or other method of reliable affixation. Wheelie bar **175** is affixed to rear seatpost **45** and the forwardmost end **177** resting under seat **35**, preferably recessed in a sleeve or bracket underneath seat **35**. In one embodiment, illustrated by FIG. 7, wheelie bar **175** passes through an aperture defined through a modified rear seatpost **45** and is recessed in a sleeve or bracket under seat **35**. In one embodiment, wheelie bar **175** extends rearwardly, terminating in a substantially cylindrical skidplate **180**. In an alternative embodiment, illustrated by FIG. 6, skidplate **180** is substantially T-shaped. In this embodiment, wheelie bar **175** terminates in a flattened T-shaped member to form a laterally projecting skidplate mounting **185**. A corresponding skidplate surface **190** is screwably affixed to the skidplate mounting **185**. In one embodiment, cylindrical skidplate **180** and skidplate surface **190** is comprised of ABS plastic. A wheelie wheel axle **195** passes through a relatively rearward portion of wheelie bar **175**. A plurality of wheelie bar wheels **200** are mounted on axel **195**, on either side of wheelie bar **175**, the wheels being freely rotatable on axle **195**. The combination of wheelie bar wheels **200** and skidplate **180**, and in an alternative embodiment, skidplate surface **190**, permit an advantageous functioning of the wheelie bar system. In an alternative embodiment, a singular wheelie bar wheel **200** is utilized.

**[0026]** In an alternative embodiment, the coupling between frame **10** and said seat **35** is comprised of rear seatpost **45** the first rear seatpost end coupled to frame **10**, the second rear seatpost end forming a hollow tube. A washer, preferably concave, is

disposed within the hollow second seatpost end such that, in a preferred embodiment, the concave depression forms a recess. An underseat shock absorbing means **205**, such as an elastomeric sphere, is disposed on top of the washer. A second, preferably concave, washer is placed in a recessed portion of seat **35**, such that the sphere fits snugly between the two preferably concave washers, the concave surface disposed toward the sphere. In an alternative embodiment, illustrated in part by FIG.7, the terminal aspect of rear seatpost **45** is formed of an apertured hub **210** which permits the wheelie bar to pass therethrough. The top of this apertured hub **210** is shaped to form a concave recess which accommodates the embodiment elastomeric sphere **205**. A concave washer is disposed on top of said sphere and the seat disposed on top of said concave washer. In an alternative embodiment, illustrated by FIG. 7, front seatpost **40** is modified to form a lateral shock absorber **215** comprised of two fused cylindrical tubular elements containing a biasing member or deformable member therein, and in one specific embodiment a spring is utilized. In an alternative embodiment, an in-line shock absorber is disposed along the length of wheelie bar **175**, where the shock absorber or a subsequent section of wheelie bar **175** is thereafter coupled to the rear seatpost **45**. This absorber may be further assistive in attenuating forces acting along the apparatus's long axis.

**[0027]** As the apparatus is capable of 360 degree rotational wheelies, where the user has engaged in a rotational wheelie, and the front wheel contacts the ground, lateral shock absorber **215** attenuates yawing forces encountered when front wheel **25** makes relatively abrupt contact with the ground. The lateral shock absorber **215** is additionally helpful in facilitating the return to the resting pitch (front and rear wheels are on the ground). Shock absorber **205** likewise operates to minimize transmission of these forces as well. The shock absorber facilitates not only a more comfortable ride, but permits optimal shifting of the rider's center of mass during turning, actuation of lever system **140**, intentional body roll, or any combination of these factors; the result being a more stable, secure, and safe apparatus for riders, particularly riders with any degree of motor impairment. The shock-absorbing scheme detailed above permits a smoother, safer, and

Docket No.: 970072
Express Mail No.: EO933690930US

more refined apparatus use, and prevents the user from falling through a concerted attenuation of roll pitch and yaw forces.

**[0028]** To prevent the dreaded consequences associated with apparatus tipping, a series of optimal exemplar embodiment configurations, tailoring rider weight to apparatus weight and other apparatus dimensions is disclosed. Tailoring rider weight to apparatus weight and dimensions maximizes stability, improves safety, improves apparatus athletic utility, and improves apparatus functioning. The rider's center of gravity is located on the seat and behind the rear axle and assists in providing apparatus stability and dynamic stability. For example, Group 1 riders weigh approximately 25-60 lbs, Group 2 riders weigh approximately 65-100 lbs, and Group 3 riders weigh 110 - 140lbs. An apparatus of appropriate mass and dimensions is disclosed that generally corresponds to each group. Riders weighing between 101-109 lbs are frequently in a transition stage, and it is believed that these individuals benefit from testing to determine the most appropriate apparatus size to fit their needs. A more athletic or muscular child will often benefit from use of the apparatus applicable to Group III riders. In contrast, a less qualified child may struggle with the larger apparatus, and is more appropriately fitted to an apparatus intended for Group II riders.

**[0029]** Group I apparatus dimensions are specified for a rider weight in the range of about 30-60 lbs and an apparatus weight of about 30 lbs. These configurations will result in the rider/apparatus center of mass located on the rider's seat approximately 14 inches from the ground and about 17 inches from the rearmost portion of wheelie bar **175**, where the wheelie bar total length is about 25 inches. When not in use, the resting wheelie bar wheel height, defined as the distance from that portion of the wheelie bar wheels **200** closest to the ground to the ground, is about 2-4 inches. Axle **120** to ground height is about 5.5 inches. The rear-wheel wheelbase, defined as the distance between the center of each rear tire, measures about 20 inches. The rear-to-front distance, defined as the centermost portion of rear wheels **125** to the centermost portion of front wheel **25**, is about 26 inches. The rear-to-wheelie wheel distance, defined as the centermost portion

Docket No.: 970072
Express Mail No.: EO933690930US

of rear wheels **125** to the centermost portion of wheelie bar wheels **200** is about 17 inches. An advantageous front and rear wheel diameter for Group I riders has been found to be about 12 inches.

**[0030]** Group II apparatus dimensions are specified for a rider weight in the range of about 65-100 lbs and an apparatus weight of about 55-60 lbs. These configurations will result in the rider/apparatus center of mass located on the rider's seat approximately 20 inches from the ground and about 23 inches from the rearmost portion of wheelie bar **175**, where the wheelie bar total length is about 36 inches. When not in use, the resting wheelie bar wheel height, defined as the distance from that portion of the wheelie bar wheels **200** closest to the ground to the ground, is about 8 inches. Axle **120** to ground height is about 7.5 inches. The rear-wheel wheelbase, defined as the distance between the center of each rear tire, measures about 28 inches. The rear-to-front distance, defined as the centermost portion of rear wheels **125** to the centermost portion of front wheel **25**, is about 37 inches. The rear-to-wheelie wheel distance, defined as the centermost portion of rear wheels **125** to the centermost portion of wheelie bar wheels **200** is about 25 inches. An advantageous front and rear wheel diameter for a Group II apparatus has been found to be about 16 inches.

**[0031]** Group III apparatus dimensions are specified for a rider weight in the range of about 110-140 lbs and an apparatus weight of about 70 lbs. These configurations will result in the rider/apparatus center of mass located on the rider's seat approximately 20 inches from the ground and about 25 inches from the rearmost portion of wheelie bar **175**, where the wheelie bar total length is about 38 inches. When not in use, the resting wheelie bar wheel height, defined as the distance from that portion of the wheelie bar wheels **200** closest to the ground to the ground, is about 1.5-5 inches. Axle **120** to ground height is about 9 inches. The rear-wheel wheelbase, defined as the distance between the center of each rear tire, measures about 28 inches. The rear-to-front distance, defined as the centermost portion of rear wheels **125** to the centermost portion of front wheel 25, is about 42 inches. The rear-to-wheelie wheel distance, defined as the

centermost portion of rear wheels **125** to the centermost portion of wheelie bar wheels **200** is about 26 inches. An advantageous front and rear wheel diameter for a Group III apparatus has been found to be about 20 inches.

**[0032]** It should be noted that in one preferred embodiment, the seat **35** and center of mass are located about 14 inches from the ground (for Group I riders), and about 20 inches from the ground (for Group II and Group III riders). This configuration optimizes stylistic riding and, in particular, wheelies and rotational stylistic riding. In an alternative embodiment, the seat **35** and center of mass are located about 11 inches from the ground (for Group I riders) and 17 inches from the ground (for Group II and Group III riders). This configuration optimizes speed and stability of the rider/apparatus combination. When used in the enhanced speed and stability mode, seat **35** is lowered as disclosed above. The attached wheelie bar, in a preferred embodiment, will also be lowered and therefore that portion of the wheelie bar wheels **200** closest to the ground, is lowered to about 1-2 inches (for Group I riders) and to about 3-4 inches (for Group II and Group III riders).

**[0033]** The above outlined guidelines suggest an approximation for the optimum positioning of the rear wheels, front wheels, wheelie bar, and wheel base. It is important to note, however, that each individual possesses unique abilities and disabilities. While two users may have the same mass, they may have different abilities and limitations. For example, a child with a unilateral motor deficit may tend to slump in one direction, whereas a child of equal mass may have a contractile/spastic tone that causes a different body posture and center of mass relative to the apparatus. Therefore, it is helpful to tailor apparatus to a specific child or rider where possible and is accomplished through ballast approximation followed by a verification of apparatus suitability for a particular individual. In this verification, the user is seated on the apparatus and performs a variety of diagnostic verification challenge maneuvers to ensure the apparatus is an appropriate fit and will not tip under the stress of appropriate and normal use.

**[0034]** In a further therapeutic use regime, a method of stretching tendons, including specifically stretching heel cords in conjunction with the apparatus is disclosed. The user's feet are secured on the tricycle pedals **100**, an assistant extends the rider's legs, on at a time, to the furthest possible position (i.e. crank and pedal closest to the ground) on either side. This serves to extend the rider's heel cords in preparation for apparatus use and stimulate the heel cords generally. Additionally, the user may next warm-up by performing a series of stationary wheelies. Additionally still, the user may then exert upward and/or downward pressure on one or more of handles of the dual wishbone lever system **140**. One particular problem which may be frequently encountered is the tendency for a user's knees to rub together over the frame when pedaling the apparatus. To ameliorate this problem, a pair of sleeves may be fitted over a user's thighs, wherein the sleeves contain one or more attachment rings (such as a D ring). At least two elastic cords (e.g. Bungee cords) have a first end and a second end, wherein said first end is attached to at least one ring and said second end attached to said frame laterally, either through winding around the frame, or through hooking to a specific location on the frame. The position on the frame is lateral to the resting portion of said user's thighs; this will ensure there is an outwardly directed countertraction/force component. This permits outwardly directed force or traction to distract the user's knees and prevent them from rubbing together while pedaling.

**[0035]** Regarding apparatus use, the combination of the features permits the user to perform multiple maneuvers with the apparatus including but not limited to: rapid cornering and turning ability, enhanced apparatus speeds, evasive maneuvering, responsive front end pitching, forward and backward wheelies, rotational wheelies through a 360 range, multiple revolution wheelies including, as examples, 540, 720 degree spins, and high velocity wheelie spins. This results in enhanced motivation, self satisfaction, and quality of life imparted to a disabled user able to perform impressive physical maneuvers.

Docket No.: 970072
Express Mail No.: EO933690930US

**[0036]** The turning and cornering abilities are performed through actuation of the lever system **140** as described above. The pitching, or wheelie, is performed through pulling backwardly on the handlebars and/or leaning backwardly, and made possible through aspects of the apparatus as disclosed. The rotational forward wheelies may generally be performed through the user pulling back on handlebars 30 or a handle in lever system **140**, or a combination of both. Through pedaling backward, a user may perform 180, 360, 540, and 720 degree spins. Other exciting, interesting, and therapeutic maneuvers may be performed through a combination of braking, actuation of levers, leaning, and momentum. The possibilities are dependent on the varied needs, desires, and abilities of an individual child using the apparatus.

**[0037]** Although the present invention has been described with reference to the preferred embodiments, it should be understood that various modifications and variations can be easily made by those skilled in the art without departing from the spirit of the invention. Accordingly, the foregoing disclosure should be interpreted as illustrative only and is not to be interpreted in a limiting sense. It is further intended that any other embodiments of the present invention that result from any changes in application or method of use or operation, method of manufacture, shape, size, or material which are not specified within the detailed written description or illustrations contained herein yet are considered apparent or obvious to one skilled in the art are within the scope of the present invention.

FIG.1
FIG.2
FIG.3
FIG.4
1
2
3
4
FIG.5
FIG.6
FIG.7
5
6
7
Version: 7
Paper Size: 8.5 x 11
Hard Copy
Soft Copy
E-File
Drawings by: TECHNOGRAPHICS www.patentdrafting.com
FIRM: COURTNEY STANIFORD & GREGORY LLP
REP: GEOFFREY STANIFORD
CASE: TRIDYNAMICS-001
FORMALS: PTO 09/24/07
Page 1 of 1

5
30
140
35
15
10
40
170
67
50
20
177
200
175
130
90
120
100
105
135
180
95
125
25
110

FIG.1



REPLACEMENT SHEET 2/7

FIG.2



FIG.3



110

137

105

135

FIG.4



FIG.5



REPLACEMENT SHEET 6/7

FIG.6



FIG.7

Docket No.: 970072
Express Mail No.: EO933690930US

I claim:

1. A therapeutic tricycle comprising:

a rigid frame;
a fork extending downdwardly from and coupled to said frame;
a front wheel coupled to the terminal aspect of said fork;
a steering means wherein said fork and said coupled front wheel are pivotable through manipulation of said steering means;
a pedal powered drive train means coupled to said frame;
a rear axle coupled to a substantially rearward portion of said frame, said rear axle engaging a portion of said drive train means;
a pair of rear wheels rotatably mounted upon said rear axle wherein said rear wheels are powered through said pedal powered drive train means;
a seat coupled in at least one location to said rigid frame;
a lever affixed to said rigid frame oriented in a substantially horizontal plane relative to the ground and the lever's long axis being substantially perpendicular to the frame's long axis, wherein a central portion of said lever is affixed to said frame and the terminal aspect of said lever is vertically movable through user applied upward or downward manual force exerted on a substantially terminal aspect of said lever.

2. The tricycle according to claim 1, wherein the ends of said lever are branched to form a plurality of lever handles.

3. The tricycle according to claim 1, wherein said lever is clampably coupled to a substantially horizontal portion of said frame, wherein the terminal aspects of said lever are branched to form a pair of forwardmost handles and a pair of lateral handles, said forwardmost handles pointing substantially toward the front of said frame and said lateral handles pointing substantially laterally, wherein said clampably coupled lever is disposed

Docket No.: 970072
Express Mail No.: EO933690930US

substantially over said rear axle, wherein when said clampable couplers are loosened, said lever is rotatably adjustable about its central axis.

4. The tricycle according to claim 1, further comprising: an elongated rigid bar affixed to seat coupling, said bar extending rearwardly from said seat coupling relative to the front end of said frame; a wheelie wheel axle passing horizontally through a substantially terminal aspect of said bar; at least one wheelie bar wheel disposed on said wheelie wheel axle and rotatably mounted thereon; at least two suspension bars affixed to said seat and extending therefrom to terminate secured to said elongated rigid bar.

5. The tricycle according to claim 4, further comprising a shock absorbing means placed under said seat.

6. The tricycle according to claim 5, wherein said shock absorbing means is comprised of a cylindrical front seatpost with a first end and a second end and a cylindrical rear seatpost with a first end and second end, each seatpost coupled to said frame at the first end, wherein the front seatpost is comprised of two fused cylindrical tubular elements containing a biasing member enclosed therein; the rear seatpost having a first washer disposed within the hollow center of said second rear seatpost end; a shock absorbing sphere disposed on top of said washer, a second washer disposed on top of said sphere, and said seat being disposed on top of said second washer and said second end of the front seatpost.

7. The tricycle according to claim 4, further comprising a skid plate affixed to the terminalmost aspect of said elongated rigid bar.

8. The tricycle according to claim 1, further comprising: an integrally formed rigid bracket having a portion of which mounted said frame and a portion disposed substantially perpendicularly, wherein said perpendicular portion has a centermost aperture and two lateral apertures; a removable pin insertable through said centermost

Docket No.: 970072
Express Mail No.: EO933690930US

aperture the terminal portion of said pin passing through a suitably sized aperture in said fork; a pair of rubberized limiters having a rubberized portion and a threadable bolt portion extending substantially perpendicularly from the end of said rubberized portion wherein said bolt portion of limiters are capable of being inserted through said lateral apertures and screwably attached thereto using at least one washer and a nut.

9. The tricycle according to claim 1, further comprising an upper chain guard affixed to said frame; an elongated tubular member affixed to said upper chainguard, wherein a chain forming part of said pedal powered drive train means is disposed within said elongated tubular member.

10. The tricycle according to claim 1, wherein said tricycle weighs about 30 lbs, and wherein the total wheelie bar length is about 25 inches, wherein the distance between said wheelie bar wheel height defined as the distance from that portion of the wheelie bar wheels closest to the ground to the ground, is about 2-4 inches, wherein the distance between the rear axle and the ground is about 5.5 inches, wherein the distance between the center of each rear tire, is about 20 inches, wherein the distance between the centermost portion of rear wheels and the centermost portion of front wheel is about 26 inches, wherein the centermost portion of rear wheels and the centermost portion of wheelie bar wheels is about 17 inches, wherein front and rear wheel diameter is about 12 inches.

11. The tricycle according to claim 1, wherein said tricycle weighs about 55-60 lbs, and wherein the total wheelie bar length is about 36 inches, wherein the distance between said wheelie bar wheel height defined as the distance from that portion of the wheelie bar wheels closest to the ground to the ground, is about 8 inches, wherein the distance between the rear axle and the ground is about 7.5 inches, wherein the distance between the center of each rear tire, is about 28 inches, wherein the distance between the centermost portion of rear wheels and the centermost portion of front wheel is about 37

Docket No.: 970072
Express Mail No.: EO933690930US

inches, wherein the centermost portion of rear wheels and the centermost portion of wheelie bar wheels is about 25 inches, wherein front and rear wheel diameter is about 16 inches.

12. The tricycle according to claim 1, wherein said tricycle weighs about 65-70 lbs, and wherein the total wheelie bar length is about 38 inches, wherein the distance between said wheelie bar wheel height defined as the distance from that portion of the wheelie bar wheels closest to the ground to the ground, is about 1.5-5 inches, wherein the distance between the rear axle and the ground is about 9 inches, wherein the distance between the center of each rear tire, is about 28 inches, wherein the distance between the centermost portion of rear wheels and the centermost portion of front wheel is about 42 inches, wherein the centermost portion of rear wheels and the centermost portion of wheelie bar wheels is about 26 inches, wherein front and rear wheel diameter is about 20 inches.

13. A method for stretching a user's tendons, comprising:

providing a tricycle having a rigid frame; a fork extending substantially downwardly from and coupled to said frame; a front wheel coupled to the substantially terminal aspect of said fork; a steering means wherein said fork and said coupled front wheel are pivotably controlled by said steering means; a pedal powered drive train means coupled to said frame; a rear axle coupled to a substantially rearward portion of said frame; a pair of rear wheels rotatably mounted upon said rear axle wherein said rear wheels are rotated through said pedal powered drive train means; a seat coupled in at least one location to said rigid frame; a lever affixed to said rigid frame and disposed in a substantially horizontal plane;

extending user's feet are secured on the tricycle pedals, an assistant extends the rider's legs, on at a time, to the furthest possible position on either side to manually exert

Docket No.: 970072
Express Mail No.: EO933690930US

controlled downward pressure, whereby a user's tendons are stretched and released in a manner to avoid spasticity and contractures;

performing a series of stationary wheelies;

exerting upward and/or downward pressure on one or more of handles of the dual wishbone lever system 95.

14. A therapeutic special needs adaptive tricycle comprising: a rigid frame; a fork extending substantially downdwardly from and coupled to said frame; a front wheel coupled to the substantially terminal aspect of said fork; a steering means wherein said fork and said coupled front wheel are pivotably controlled by said steering means; a pedal powered drive train means coupled to said frame; a rear axle coupled to a substantially rearward portion of said frame; a pair of rear wheels rotatably mounted upon said rear axle wherein said rear wheels are rotated through said pedal powered drive train means; a seat coupled in at least one location to said rigid frame; a lever affixed to said rigid frame and disposed in a substantially horizontal plane, wherein said lever is clampably coupled to a substantially horizontal portion of a tricycle frame wherein said lever and said horizontal portion are substantially parallel, wherein the terminal aspects of said lever are branched to form a forwardmost handle and lateral handle, said forwardmost handle pointing substantially toward the front of said tricycle frame and said lateral handle pointing substantially laterally, wherein said clampably coupled lever is disposed substantially over a rear axle, wherein when said clampable couplers are loosened, said lever is rotatably adjustable about its central axis, an elongated rigid bar affixed the underside of said seat, extending rearwardly relative to said frame; a wheelie wheel axle passing horizontally through a substantially terminal aspect of said bar; at least one wheelie bar wheel disposed on said wheelie wheel axle rotatably mounted thereon; at least two suspension bars mounted to the undersurface of said seat; a skid plate affixed to the terminal aspect of said elongated rigid bar; an integrally formed rigid bracket having a portion of which mounted said frame and a portion disposed substantially

Docket No.: 970072
Express Mail No.: EO933690930US

perpendicularly, wherein said perpendicular portion has a centermost aperture and two lateral apertures; a removable pin insertable through said centermost aperture; a pair of rubberized limiters having a rubberized portion and a threadable bolt portion extending substantially perpendicular from the end of said rubberized portion wherein said bolt portion of limiters are capable of being inserted through lateral apertures and screwably attached thereto using at least one washer and a nut, an upper chain guard affixed to said frame; an elongated tubular member which affixed to frame or upper chainguard, wherein a chain forming part of said pedal powered drive train means is disposed within said elongated tubular member.