IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAYSEN J. TURNER, JR., et al.,

       Plaintiffs,                   No. CIV-S-08-2668 JAM GGH PS

    vs.

ACRC, et al.,

       Defendants.         <u>ORDER</u>

_____/

       Plaintiffs are proceeding in this action pro se.  Plaintiffs Jaysen J. Turner Sr. and Julie L. Turner are proceeding in forma pauperis.  This proceeding was referred to this court by Local Rule 72-302(c)(21).

       By order of December 15, 2008, plaintiffs were directed to file an amended complaint that complied with the directives in the order, and obtain legal counsel for any minor children or dismiss them from the case.  Plaintiffs have now filed an amended complaint and request for additional time to obtain counsel, explaining that it would be impossible to dismiss the minor children as plaintiffs because the case is complex.  Therefore, the court will not screen the amended complaint until a determination has been made whether the minor children will proceed with obtained counsel or be dismissed from the case.

\\\\\

1

1       Accordingly, IT IS ORDERED that plaintiffs are granted thirty days within which

2 to obtain legal counsel for any minor children or dismiss them from the case.

3 DATED: January 26, 2009

                                                        /s/ Gregory G. Hollows

                                                        GREGORY G. HOLLOWS
                                                        UNITED STATES MAGISTRATE JUDGE

GGH:076
Turner2668.eot