IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAYSEN J. TURNER, JR., et al.,

      Plaintiffs,                    No. CIV-S-08-2668 JAM GGH PS

  vs.

ACRC, et al.,

      Defendants.               ORDER

_____/

        Presently before the court are plaintiffs' requests for appointment of counsel for minor child plaintiff Jaysen Turner Jr.[1]

        The district court has discretion under 28 U.S.C. § 1915(e)(1) to request counsel to represent an indigent civil litigant. First, however, the court must evaluate both (1) the likelihood of success on the merits and (2) the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved. See, e.g., Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir.1991). On the record before it, the court cannot find a likelihood of success on the merits. See Franklin v. Murphy, 745 F.2d 1221, 1236 (9th Cir.1984) (motions to appoint

---

[1] By findings and recommendations issued April 30, 2009, this court recommended that minor plaintiffs Jaysen Turner, Jr., Betti Turner and Olivia Turner be dismissed because after four months, plaintiffs were unable to obtain counsel for these minors. Those findings are presently under consideration by the district court.

1

1 counsel granted only in exceptional circumstances and at discretion of trial court).

2         Accordingly, IT IS ORDERED that plaintiffs' February 25, 2009, and May 29,

3 2009 requests for appointment of counsel are denied.

4 DATED: June 22, 2009         /s/ Gregory G. Hollows

5         GREGORY G. HOLLOWS
        U. S. MAGISTRATE JUDGE

6 GGH:076/Turner2668.att.wpd